Peter Graves

6464 Laguna Mirage Lane

Elk Grove, CA, 95758

(916) 684-1286

**FILED**

NOV 19 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Peter Graves,

      Plaintiff,

vs.

No. 10 Cv 3128 JAM KJN

Hillary Random Clinton and James Steinberg,:

Allegations:

The State Department discriminated against "Peter Graves" "Rasoul Rahimi" in the application process in gaining a "Foreign Affairs Officer" Position. The Plaintiff holds that the State Department violated multiple Civil Right laws and ADA laws, including taking "Peter Graves" 1-st Amendment, 14th Amendment rights. The Plaintiff (Peter Graves) holds that the State Department discriminated against him, because of his disability, ethnicity, religion association, and national origin. The plaintiff Peter Graves believes that during his lifetime with the current process in place, he will never be able to gain a job at the State Department without facing the agencies bigotry, prejudice, and discrimination. He further believes that the "prejudice" of the State Department has cost the "nations" well being in time of war. The Plaintiff filed in EEOC court, but did not have his "issues" addressed at all. Not one "undisputed fact" in EEOC courtroom was addressed as neutral by judge. This is why I am filing in Civil Court. I request from the court that if the defendant can not prove it provided "space" for disability on the application. The court automatically considers the defendant as "Gross negligent" in conduct and finds that I was discriminated against because of the disability due to "Gross negligence" of conduct displayed by the defendant and then consider the other issues being raised by plaintiff. My view is simple in this manner unless the "Defendant" can change the rules of math I scored with 98.6% higher than the third candidate interviewed. If the Defendant had provided "space" for disability scoring like all employers do so that disabled individuals can "compete" fairly I too would have been eligible for the job. The Plaintiff believes that the solution to a quality workforce does not lie in "prejudice" of any kind. EEOC Court or the Defendants whom use "national security" as a rubber stamp to take away constitutional rights is not a democracy, but is a tyranny of the worst kind. Tyranny and discrimination is not what brings national security or victory, but it grows incompetence, hate, and illegal constitutional activities as documented in this case, and denies the "best people" for the job. I request from the court and the defendant to show me how the defendant accommodated for "disability points" on the exam in accordance to the 14th Amendment and the ADA Act. Then I request for them to show me how they accommodated for "on ground" expertise and did not discriminate, where the "exam" and "on

1

ground conditions" warranted a different set of cultural expertise. In conjunction with this I plan to prove that before May 2009 the defendant never hired or hired a few disabled people or Muslim background within the "Foreign Affairs Officer" because of it discriminates and the conduct of the exam promoted poor "poor performance" by my standards as an agency, because of discrimination. The defendant has provided no evidence that it did not discriminate. It provided no documentation that it provided a fair exam to the disabled or people with Muslim origins, because how could they provide evidence, when in fact the exam is riddled with discrimination by administration and context. Not only does the Plaintiff believe that not providing space for disability points on the exam is in violation of his Civil and ADA rights, but also believes that the "Defendant" uses veterans as a means to promote a conduct of "separate but equal" system for different sort of candidates. My judge in the EEOC case claimed that "Defendant" provided a legitimate reason to discriminate. There is no LEGITIMATE reason to discriminate, besides bigotry and hate that creates a lazy, incompetent, and stupid workforce, and a puppet EEOC (court) that goes along with it. In addition the "Plaintiff" holds that the Defendant the "State Department" violated their oath to office, by creating an exam that is against the 14th Amendment. That no matter how I apply I can never score in the top three despite my qualifications by not providing a space for disability points, and even when the process was rigged I beat the process if the exam had been conducted fairly. This is the State Department Application:

A Yes, No, Maybe pattern that excludes well qualified disabled candidates from employment in favor of a separate but equal system. As it's been replied by the State Department (Exhibit 4): By plainly stating that it's ok not to include disability points on the application in favor of some misguided Eyman case. This excludes needed expertise and puts our interest in danger and denies needed on ground expertise, and the thing is the State Department thinks it's ok.

From my perspective:
All applications need to have disability points on them to satisfy ADA, Civil, and 14 Amendment rights.
All applications need to be relevant to "on ground" conditions so people can compete fairly.
All applications need to attract the best quality people without discrimination.

But the State Department perspective is not as such. In fact from my viewpoint the State Department tried to argue that administrating an exam without disability points is a legitimate practice as long as they favor veterans.

I welcome a jury trial.

2

Other (Allegations) that needs to be addressed:

- 1) The Defendant is suing the "State Department" to provide him with "workforce diversity" numbers as documented in "Exhibit 8". The Defendant has been provided served "Exhibit 8" before appeal and entry into civil court. Furthermore during the investigation has been inquiring about these numbers; however he has been denied them. If the Defendant (State Department) continues to refuse I respectfully request from the court to order the Plaintiff to provide these numbers.

Please reference: Exhibit 2: (Page 6), "Exhibit 4: (Page 9), Exhibit 6: (Statement 14 and 15), Exhibit 7: (Letter 2), Exhibit 8: "EEOC remedies needed "diversity data in order to work", "Additional Evidence:
I requested data from defendant and EEOC judge both "refused" to supply "diversity data". Additionally I created a "New Motion to Comply data request" being requested to be filled out by order of the current court by defendant as early as possible.

- 2) The Plaintiff (Peter Graves) asserts that he would have been in the top three candidate positions in the "Foreign Affairs Officer" position if he had not been discriminated by the State Department.

  Please reference: Exhibit 2: (Page 2,7, 14, 18, and 22). Exhibit 4: Fact Numbers 2,3,7,8 and 9.  Exhibit 6: Statement 3, Statement 4, Statement 7 and Statement 19.

- 3) The Plaintiff (Peter Graves) asserts that he was forced to provide his original name on the application resulting in being discriminated against because of his ethnicity and religious association. (Please reference: Exhibit 6: Statement 3, Statement 8, 9, and 13. Exhibit 4: Fact 11.)

- 4) The Plaintiff asserts that the exam was designed not to include people with "Muslim backgrounds" even through the information was needed in the conduct of the exam, such as examining "newspaper article" in the context of job duties.

  Please reference: Exhibit 2 (Page 1, 8 through 12). Website Information. Page 19 and 20. Duties and responsibilities and non one from a Muslim background or solely disability scoring above 91 % on the exam.  Exhibit 4: ( Fact 10 and 11).

- 5) The plaintiff contains that the application provided no space for disability points that resulted for him to score lower to other competitive candidates.

  Please reference: Exhibit 11. Exhibit 2: Page 6. Page 18-19. Exhibit 4: Fact 3, Fact 7, Fact 9. Exhibit 6: Statement 10 and Statement 15. THE STATE DEPARTMENT IN NO POINT DURING THE INVESTIGATION OR EEOC TRIAL DISPUTED THAT THEY DID NOT PROVIDE A SPACE FOR DISABLED POINTS, AND IN FACT TRIED TO JUSTIFY IT. (PLEASE READ EXHIBIT 4) OR AS THE BIAS EEOC JUDGE PUT IT: THE DEFENDANT   PROVIDED A VAILD REASONING TO DISCRIMINATE. NO. THERE IS NO VAILD REASON FOR DISCRIMINATION.

Relief:

1) State Department Complies to Remedies as requested by "EEOC Case"
2) Back pay from Grade 12, which includes: Retirement benefit Credit, Vacation and Sick Credit, Available Entry into "Student Loan Federal Payment Programs for Federal Employees from May 2009", and credit towards applying towards "Grade 13".
3) A job that is equivalent to Grade 12 in the United States preferably in the Washington D.C. that I would have been hired if I had not been discriminated against by the Defendant that has passed probationary period.

Back-pay: 6000(dollars) monthly from May 2009 the date (plaintiff) was denied employment.

(19 month back pay) and additional month after December 2010. As long as the case is not settled:

$6000*19=$114,000 dollars (Back pay)

Student Loan Payments:

$450*19=$8550.00

Total Damages= $122,550

EEOC Remedies (Changed) and Current:

Therefore this is the remedies I am seeking from them:

1) An acknowledgment that I was discriminated against by the H.R. at Department of State and an apology.

2) An explanation from the "Department of State" to prevent future discrimination against people with Middle Eastern Origins. * ESTABLISHING "PETER GRAVES SOFT POWER COMMUNITY REDMIES" TO MEET THE QUOTA CRTERIA. HOWEVER ANOTHER REMEDY MAY DO...
(SUGGESTIVE REMEDY.) " ***THE REMEDY SUGGESTED MUST BE BETTER THAN MY REMEDY". Exhibit 12***

3) All Iraq Civilian Position(s) and Foreign Affairs Officers positions receive "quotas" based upon federal equal employment opportunity law for Middle Eastern origin in D.C. and Iraq. The quota of position(s) in D.C. must be separate from that of Iraq.
*. This includes all positions that are reclassified as a different name, but serve the same function or similar functions of a Foreign Affairs Officer. Your agency may reclassify positions to meet the "quota" requirement, which is not acceptable.

4) All Foreign Affairs Officers positions meet disability quota and all examinations include

4

"disability points".

*. This includes all positions that are reclassified as a different name, but serve the same function or similar functions of a Foreign Affairs Officer. Your agency may reclassify positions to meet the "quota" requirement, which is not acceptable.

P-6. Muse

LAWS THAT HAVE BEEN VIOLATED BY THE STATE DEPARTMENT DURING THE CONDUCT OF THE EXAM: (FROM EXHIBIT 2)

### Point 1:

Sec. 12112 Discrimination

(a) General rule

No covered entity shall discriminate against a qualified individual on the basis of disability in regard to job application procedures, the hiring, advancement, or discharge of employees, employee compensation, job training, and other terms, conditions, and privileges of employment.

(Support 1 Fact): Email Documentation dated 6/04/09 in the "Inactive process" clearly showed my score to be 93.48 (5 Points) away from the candidate that was interviewed at 98.26. This evidence will be given to the judge that I scored in the top three positions with disability points and I was denied an interview.

*Violation of substance law*

As used in subsection (a) of this section, the term "discriminate against a qualified individual on the basis of disability" includes

(1) Limiting, segregating, or classifying a job applicant or employee in a way that adversely affects the opportunities or status of such applicant or employee because of the disability of such applicant or employee;

The real effect of violating this law as evidence by exam not one person scored, in the top 90% of the exam with a disability because of not offering "disability" points.

### Point 2:

(2) participating in a contractual or other arrangement or relationship that has the effect of subjecting a covered entity's qualified applicant or employee with a disability to the discrimination prohibited by this subchapter (such relationship includes a relationship with an employment or referral agency, labor union, an organization providing fringe benefits to an employee of the covered entity, or an organization providing training and apprenticeship programs).

Obviously I scored 98.46% in the Grade 12. with my disability points. I was well-qualified to gain the job. The State Department discounted my application in favor of another group of people veterans, even through I would love to have an interview and receive the job. There is no two standards of list that the judge claims I scored higher than that of a veteran even through I was at a major disadvantage. No law in ADA or Civil Rights categorizes "Veterans" as a protected group. But the disabled are a protected group that is a fact.

### (3) *utilizing standards, criteria, or methods of administration*

(A) that have the effect of discrimination on the basis of disability;

(B) that perpetuates the discrimination of others who are subject to common administrative control;

The result of violating the law:

The standards in the exam did not ask for disability or its point. As evidence in the exam did not contain NOT one person who had a disability! This lead to the effect of discrimination of being discriminated against point (A). and ALL people with disabilities were excluded from having disability points, because it didn't give them a space to compete in.

(Support 4 Fact): According to the Inactive process and follow up conversation the rule of three is the only way applicable of gaining a federal job. This is the RULE that the "State Department" uses to defend it's practices of discrimination, while accepting "veteran" points that on average are a lot higher and a larger category to compete in. For once a disabled middle eastern kid (me) manage to beat the rule of "established" discrimination, and when the State Department saw that the "Establishment of Fact" outweighed their practices, than they adopted a different tune of discrimination.

(6) Using qualification standards, employment tests or other selection criteria that screen out or tend to screen out an individual with a disability or a class of individuals with disabilities unless the standard, test or other selection criteria, as used by the covered entity, is shown to be job-related for the position in question and is consistent with business necessity.

Violation of substance law cost me not to be able to compete in the "rule of three" with disability points.  The department made the exam NOT to include "Disability points" by NOT asking for them on purpose.

### *Point 3:*

UNLAWFUL EMPLOYMENT PRACTICES

SEC. 2000e-2. [Section 703]

(l) Prohibition of discriminatory use of test scores

It shall be an unlawful employment practice for a respondent, in connection with the selection or referral of applicants or candidates for employment or promotion, to adjust the scores of, use different cutoff scores for, or otherwise alter the results of, employment related tests on the basis of race, color, religion, sex, or national origin.

(m) Impermissible consideration of race, color, religion, sex, or national origin in employment practices

Except as otherwise provided in this subchapter, an unlawful employment practice is established when the complaining party demonstrates that race, color, religion, sex, or national origin was a motivating factor for any employment practice, ***even though other factors also motivated the practice.***

Not following the "stated desirable" qualifications stated on the examination is evidence that the State Department used second non-essential criteria to pick a candidate even through the criteria would lead to only one person to score above the 90% mark. Arrogance of the law is not an excuse to discriminate

6

Evidence Documentation: (Exhibits)

Exhibit 1) Peter Graves Ongoing Discrimination Case (Judge Ruling September 1 2010) - Notice of Intent to Rule Without Hearing.

Exhibit 2) Peter Graves Ongoing Discrimination Case (Response to Notice of Intent to Rule without hearing) (Pages 3 through 6 extremely important to plaintiff civil rights)

Exhibit 3) Peter Graves Ongoing Discrimination Case (Response from State Department)

Exhibit 4) Peter Graves Response to State Department

Exhibit 5) EEOC Judge Hodges Final Decision - Without Modification of "Undisputed facts".

Exhibit 6) Peter Graves Ongoing Discrimination Case - Response to Judge Analysis- Request for New EEOC Hearing

Exhibit 7) Peter Graves Asking the Judge to step down multiple times during the course of the trial.

Exhibit 8)- Letter to Federal Operations - Appeal Operations EEOC - Motion to Comply Documentation.

Exhibit 9) Executive Government Article Describing Employees having only a 2% chance of winning and comments made by the public.

Exhibit 10) Follow Up Letter Request for New Hearing

Exhibit 11) Understanding Mr. Azar (State Department Attorney) Point of View From My Perspective during the course of the EEOC Trial:

Exhibit 12) Peter Graves Soft Power Community Remedies

Exhibit 13) City Population Rank

Exhibit 14) Sacramento Bee Newspaper Article

# Exhibit 1
# Peter Graves Ongoing Discrimination Case
# (Judge Ruling September 1 2010)



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Washington Field Office

One Noma Station
US EEOC
Washington Field Office
131 M. Street, NE
Suite 4NW02F
Washington, DC 20507
(202) 419-0710
TTY (202) 419-0702
FAX (202) 419-0739
1-800-669-4000

| | |
|---|---|
| Peter Graves,<br>   Complainant,<br><br>          v.<br><br>Hillary Rodham Clinton, Secretary,<br>U.S. Dept. of State,<br>   Agency. | ) EEOC No.   570-2010-00301X<br>) Agency No. DOS-F-079-09<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Date:    September 1, 2010

### NOTICE OF INTENT TO ISSUE DECISION WITHOUT A HEARING

After a review of the record, I have determined that there may be no genuine dispute of material facts and/or genuine credibility issue(s) to be resolved in the instant matter and that it may be appropriate to grant summary judgment in favor of the Agency without holding an administrative hearing. *See* 29 C.F.R. § 1614.109(g) (3) (2009).

## I.    Issue

Did the Agency discriminate against Complainant on the bases of his race (Middle Eastern), religion (Christian), national origin (Iranian) and disability (physical) when he was not selected for a GS-11/12 Foreign Affairs Officer position advertise under vacancy announcement number DS-2009-0113 on May 4, 2009? [1]

## II.    Undisputed Facts

1.    Complainant, Mr. Peter Graves, applied for the Foreign Affairs Officer, GS-11 position along with 510 other applicants and the GS-12 position along with 242 applicants.

2.    Based on scores assigned to the applicants' answers on the self assessment questions and veterans preference points assigned, there were ninety applicants who scored higher than

---

[1]    The ROI indicates that Complainant alleged discrimination on the basis of his religion (Muslim). However, Complainant attested in an affidavit that he provided to an EEO investigator that his religion was actually Christian (Methodist).

1

Complainant for the GS-11 position and 26 applicants who scored higher than Complainant for the GS-12 position.

3.      10 total applicants were referred for further consideration, five on the GS-11 certificate and five on the GS-12 certificate.

4.      No applicants were selected for an interview that received scores lower than Complainant.

5.      Complainant was not identified on the GS-11 or GS-12 certificate of eligible applicants for the position and he was not referred for an interview.

6.      Complainant was notified vie e-mail on May 4, 2009, that he had not been selected for the Foreign Affairs Officer position.

7.      On or about May 5, 2009, Complainant contacted an EEO counselor and alleged that his non-selection was discriminatory.   Complainant filed a formal complaint on or about June 18, 2009.

## III.      Principles of Law

### A.    Summary Judgment

The EEOC's regulations on summary judgment are patterned after Rule 56 of the Federal Rules of Civil Procedure, which provides that a moving party is entitled to summary judgment if there is no genuine issue as to any material fact, and the moving party is entitled to judgment as a matter of law. There is no genuine issue of material fact where the relevant evidence in the record, taken as a whole, indicates that a reasonable fact finder could not return a verdict for the non-moving party. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1986); *Matsushita Elec. Indus. Co. v. Zenith Radio*, 475 U.S. 574, 587 (1986). Where the evidence is merely colorable or is not significantly probative, summary judgment may be granted. *Anderson*, 477 U.S. at 249-50. Summary judgment is also appropriate where the party opposing summary judgment fails to establish a genuine issue of fact on an element essential to that party's case and on which that party bears the burden of proof. *Celotex Corp. v. Catrett*, 477 U.S. 317, 322-23 (1986).

The Commission has held that following must be satisfied before an AJ can grant summary judgment: 1) the investigative record must be adequately developed; 2) there are no genuine disputes of material fact to be resolved at a hearing; 3) a decision can be rendered without the AJ making findings of fact; and 4) the parties have been afforded ample opportunity to engage in and complete discovery). *See Petty, Jr. v. Department of Defense*, EEOC Appeal No. 01A24206 (July 11, 2003).

In a discrimination case, an employer can obtain summary judgment in one of two ways. It can demonstrate that the plaintiff's proffered evidence fails to establish a *prima facie* case, or in the alternative, the employer can present evidence that demonstrates a legitimate non-discriminatory reason about which the plaintiff does not create a factual dispute. *Mitchell v. Data General Corp.*, 12 F.3rd 1310, 1316 (4th Cir. 1995). Where the employer then comes forward with a legitimate explanation for its actions, the Complainant must produce specific, substantive evidence of pretext in order to avoid summary judgment.

B.      Substantive Law

Without direct evidence, a Complainant alleging disparate treatment must initially establish at least a *prima facie* case of discrimination. *St. Mary's Honor Ctr. v. Hicks*, 509 U.S. 502, 507 (1993); *Texas Dep't of Community Affairs v. Burdine*, 450 U.S. 248, 252-253 (1981); *McDonnell Douglas Corp. v. Green*, 411 U.S. 792, 802 (1973). A Complainant may establish a *prima facie* case of disparate treatment on the basis of a discriminatory factor by presenting facts that, if unexplained, reasonably give rise to an inference of discrimination, *i.e.,* that a prohibited consideration was a factor in an adverse employment action. *Furnco Constr. Corp. v. Waters*, 438 U.S. 567 (1978).

If Complainant establishes a *prima facie* case, the burden of production falls to the Agency to articulate a legitimate non-discriminatory reason for the challenged action. *Burdine*, 450 U.S. at 253-254; *McDonnell Douglas*, 411 U.S. at 802. If the Agency articulates a non-discriminatory reason through admissible evidence, any *prima facie* inference drops from the case. *Hicks*, 509 U.S. at 507, 510-511. Complainant then must prove by a preponderance of the evidence that the proffered explanations are a pretext for discrimination. *Hicks*, 509 U.S. at 511; *Burdine*, 450 U.S. at 252-253; *McDonnell Douglas*, 411 U.S. at 804. *See also Honore v. Postmaster General*, EEOC Appeal No. 0199734 (2001) (holding that the tripartite analysis enunciated in McDonnell Douglas is applicable to disability discrimination claims). Complainant retains, at all times, the ultimate burden of persuading the trier of fact that the Agency unlawfully discriminated against him.

However, if the Agency articulates a legitimate non-discriminatory reason for its actions, the factual inquiry can proceed directly to the third step of the three-step analysis, the ultimate issue of whether Complainant has shown by a preponderance of the evidence that the Agency's actions were motivated by discrimination. *U.S. Postal Service Bd. Of Governors v. Aikens*, 460 U.S. 711 (1983); *Padilla v. Dept. Of the Air Force*, EEOC No. 05940634 (June 27, 1995).

IV.     Responses

Summary Judgment may be granted because:

1)      The Agency articulated a legitimate non-discriminatory explanation for Complainant's non-selection;

2)      It appears Complainant has not proffered specific evidence which raises an inference that he was not selected for the Foreign Affairs Officer position because of his race, religion, national origin or disability.

If Complainant opposes summary judgment, he must respond with specific facts showing that there is a genuine dispute as to a material fact and/or genuine credibility issue and that the other party is not entitled to judgment as a matter of law. *Anderson*, 477 U.S. at 250. Complainant may not rely on mere allegations, speculation, conclusory statements, or denials. **Instead, he must cite to specific evidence contained in the report of investigation (ROI) which demonstrates that a genuine dispute of material fact or genuine credibility issue exists in the case. If not already contained in ROI, Complainant should also include any relevant documentary evidence or witness statements, interrogatory answers, admissions, or other supporting materials and provide a clear and specific**

3

**statement of their relevance.**

UNLESS COMPLAINANT DEMONSTRATES THAT A GENUINE ISSUE OF MATERIAL FACT AND/OR GENUINE ISSUE OF CREDIBIILTY EXISTS, NO HEARING WILL BE CONDUCTED IN THIS MATTER. THEREFORE, IF COMPLAINANT PLANS TO CALL WITNESSES TO TESTIFY IN SUPPORT OF CLAIMS OR DEFENSES, HE SHOULD OBTAIN WRITTEN STATEMENTS FROM THEM AND SUBMIT THEM AS ATTACHMENTS TO HIS OPPOSITION. COMPLAINANT SHOULD ALSO PROVIDE ANY RELEVANT EVIDENCE OBTAINED DURING DISCOVERY AS AN ATTACHMENT TO HIS OPPOSITION.

**Complainant's Opposition must be filed at the EEOC, Washington Field Office at the address listed above no later than September 22, 2010.** Complainant must mail a copy of the Opposition to the Agency.

It is so ORDERED.

For the Commission:

Kurt C. Hodges
Administrative Judge
Telephone: (202) 419-0710
Facsimile: (202) 419-0701

## CERTIFICATE OF SERVICE

I certify that on or before **September 1, 2010**, the foregoing NOTICE was sent via first class mail to the parties at the addresses listed below. It is presumed that the parties received this NOTICE no later than September 7, 2010.

Peter Graves
Pro Se Complainnat
6464 Laguna Mirage Lane
Elk Grove, CA 95758

Mr. Richard C. Visek
Agency Representatiave
U.S. Dept. of State
Office of Civil Rights
Washington, DC 20520-7428

Eunice Wallace
Legal Clerk Docket & Hearings

4

Exhibit 2
Peter Graves Ongoing Discrimination Case
(Response to Notice of Intent to Rule
without hearing)
Pages 3 though 6 very important for
Plaintiff's due process.

Response to September 1

Dear Judge Hodges,

THIS DOCUMENT HAS BEEN FILED AT THE WASHINGTON FIELD OFFICE VIA FAX ON SEPTEMBER 22 2010 AT THE FAX NUMBER 1 (202) 419-0710.THIS DOCUMENT WAS MAILED TO THE JUDGE ON SEPTEMBER 22 2010, WHERE HE WOULD GET IT NO LATER THAN BY SEPTEMBER 23-24 2010.

Undisputed Facts:

I dispute and despise this section of the hearing. Because it's all lies and it's designed to negate the damage and suffering caused by the State Department to me.

I.   ISSUE (Correction to ISSUE)
Did the Agency discriminate against Complainant on the bases of his race/ ethnicity (middle eastern), religion (Christian/ Muslim), National Origin (Iranian), and disability physical when he was not selected for....

Religion is Christian / Muslim because the State Department associated "Rasoul Rahimi" in being muslim.

1.  CORRECTION TO ISSUE: (Bookmark Margin) The ROI indicates that Complainant alleged discrimination on the basis of his religion (Muslim). However Complainant attested in an affidavit that he provided to an EEO investigator that his religion was actually Christian (Methodist).

DISPUTE: This (Margin Bookmark) This misconduct, misrepresentation, and twist of the truth statement is a lie. The issue isn't the applicant background, but the background that the defendant associated the plaintiff being muslim, that resulted that being discriminated against because of being (Muslim).

ISSUE SHOULD BE CORRECTED, AND MUSLIM ADDED AND MARGIN SHOULD EXPLAIN THAT PLANTIFF BELIEVES THAT HIS MUSLIM BACKGROUND WAS THE CAUSE FOR NOT BEING INTERVIEWED FOR THE POSITION.

2. Compliant, Mr. Peter Graves applied for the foreign Affairs Officer, GS-11 position along with 510 other applicants and the GS-12 position along with 242 application.

DISPUTE: Mr. Peter Graves also applied under his original name (Rasoul Rahimi). It was a question in the application itself. So it should read:

CORRECTION: Compliant, Mr. Peter Graves (Rasoul Rahimi) applied for the foreign Affairs Officer, GS-11 position along with 510 other applicants and the GS-12 position along with 242 application.

RELVANCE OF STATEMENT IN QUESTION:

Does it matter how many people applied to the examination rather it be 10 or 3000 people.

1

Discrimination is discrimination. This statement just makes my finding more credible out of 510 applicants only 1 person with an Islamic passed above the 90%. In the 242 people there is no way no way of knowing because the information was not provided to the defendant. Furthermore this statement negates the defendant's responsibility on how to many muslims and disabled are employed in the foreign affairs officer position.

2. Based on scores assigned to the applicants' answers on the self assessment questions and veteran preference points assigned, there were ninety applicants who scored higher than Complainant for the GS-11 position and 26 applicants who scored higher than Complainant for the GS-12 position.

DISPUTE: THERE WAS APPROXIMATELY 40- 50 people who scored higher than the Compliant in Grade 11 and 2 people that scored higher than the Compliant in Grade 12 with disability points.

Correction: Based on scores assigned to the applicants answers' on the self assessment questions and veteran preference and the non-availability of disability points, there was 40-50 people who scored higher than the Compliant in Grade 11 and 2 people that scored higher than the Compliant in Grade 12 with disability points. This court counts disability points like it does veteran points. Furthermore there is no special protection or category for protection for veterans, but there is for the disabled. Furthermore this court recognizes that disability points are needed in order for plaintiff to be able to compete fairly in the exam.

3. 10 Total applicants were referred for further consideration, five on the GS-11 certificate and five on the GS-12 certificate.

DISPUTE: The statement made by the State Department was the rule of three. The State Department expanded to rank 4 in grade 11. Furthermore by not issuing Grade 12 scores to the investigation, it can not be determined, which score scored what for Grade 12. The State Department could have interviewed someone with the score of 70% and put them in the job.

Correction: 10 Total applicants were refereed for further consideration, five on the GS-11 certificate and five on the GS 12 certificate. In Grade 11 the rank selection was expanded. In Grade 12, where it's the plaintiff's primary dispute the State Department refused to provide rank and score information.

4. No applicants were selected for an interview that received scores lower than Compliant.

DISPUTE: The Plaintiff being one of top candidates was not selected for the interview. Other candidates that scored lower than the plaintiff received their "veteran points" and scored higher than the Plaintiff. The Plaintiff was refused (disability points) in the application process.

CORRECTION: Applicants were interviewed that scored lowered than the Complainant.

Either you have points or you don't have points. You can't give a group of people points and refuse the other not. Especially when those points effects the other group.

5. Complainant was not identified on the GS-11 or GS -12 certificate of eligible applicants for the position and he was not referred for an interview.

DISPUTE: The complainant due to not being given disability points and his ethnicity was not identified

2

CORRECTION: The complainant due to not being given disability points and his ethnicity was not identified on the GS-11 or GS -12 certificate of eligible applicants for the position and he was not referred for an interview, that made the candidate pool non-competitive.

6. Complainant was notified via email on May 4, 2009 that he had not been selected for the foreign Affairs Officer position.

This Statement is true.

What is the relevance? No relevance to case, unless it's being used to determine plaintiff's backpay.

7. On or about May 5, 2009 contacted an EEO counselor and alleged that his non-selection was discriminatory. Complainant field a formal compliant on or about June 18, 2009.

This Statement is true.

What is the relevance? NO RELVANCE to case.

8. The court has refused to acknowledge the plaintiff repeated request of how many people with disabilities, middle eastern, and muslim are hired in the foreign affairs officer background, while other backgrounds are regularly are provided this information, the plaintiff's believes that the court refusal is due to his ethnicity.

These are relevant facts to my case. The reason(s) I am entitled for a hearing is as follows:

According to the letter addressed to me by the judge he wishes for me to categorize the discrimination as rather to be categorized as "substantive law" or not. Granted because of my ethnicity (unless I am being tortured by the United States Government). I am not entitled to a lawyer after checking with various law offices and organizations. I will do my best to represent the facts of this case. Another issue is I don't want "Judge Hodges" or "Judge Collaze" as my judges. For very good reasons, because I don't believe them to be neutral parties to my case.

(Issue: Fact) #1: The timing of issuing that I am not entitled to be heard by your court, but the agency automatically wins by default. This took away my civil rights under the constitution, my 14th Amendment right, and first amendment right to address the court. In addition it violated several "whistle-blowing" laws. Due-Process was violated as well.

Support (Fact 1): After my compliant to both the "inspector general" and "EEOC Field Offices" did you decide to issue a ruling that I have lost my case by default. This is a violation of substance law: Why? Because the standard "dramatically" changed from doing nothing to let's punish the "Whistle Blower". This practice violated whistle blowing laws.

Support (Fact 2): By law I am categorized by the EEOC and ADA and multiple federal laws that I am a "Whistle-blower", hence this is why my case was changed to you approximately three days after my compliant, when your court or the EEOC Court has not shown me a time of day for over 8 months. Prior to that in (two weeks) I sent a letter to the previous judge and did not hear so much of a response. *The Situation I was placed in of non-action, non-response because of my ethnicity, where I was forced to react by "whistle-blowing" under extraordinary discriminatory circumstances and the reaction and*

3

*action taken by the EEOC is a violation of substance law: Why? Because in this case my Due-Process was violated and I was told to "sum" up an 8 month investigation into two weeks, and on top of all this I could not gain a credible attorney because of my ethnicity. Not following Whistle blowing laws is in the violation of my due process.*

Support (Fact 3): Since your "court" by virtue of setup denied me my opportunity to be heard because of my ethnicity on the basis of my opinion. ( Your Court has not claimed anything else). Therefore by virtue of "fair hearing" and law I have earned my day in court by you or anyone else for that matter. *Not having a fair hearing is violation of substance law: Why? Because the court decided to make up it's own relevant facts and discard my own set of facts, while the court is creating a rather large fallacy between defendant and plaintiff. The fallacy being the court asks the plaintiff (being me) to prove "existing evidence" set by the defendant without looking at the available evidence, but not asking the defendant being the State Department to do the same. This is another violation of due process, but it also is the violation of my 14th Amendment when I am guaranteed equality under the law. No man. No Judge. No Plaintiff or Defendant is above the law. For example I claim that I scored higher than the candidates interviewed for the Foreign Affairs Officers, this court and the State Department through phrase manipulation disputes my claim. A person was interviewed that scored lower than me.*

Support (Fact 4): Whistle-blowers (such as myself) earn special protections. Furthermore your court under law has the responsibility to ensure to all parties, me being a party (participating) that your not punish (whistle-blowers), setting a plain field that I loose by default is exactly creating a scenario that I am being punished for being a whistle-blower. Your court has failed to show how you would protect my individual, civil, and constitutional rights under the law. *This is a violation of substance law: Why? Because I have complained against a system that traditional favors "federal employees" and that of agency. Since I am more vulnerable because of being ignored than I would suggest one of the things the court can do is to assign an EEOC attorney to cover it's substance law requirements, since the court is making up the requirement. If the court really wishes to justice to be served it would assign an attorney to sum up my facts, not discard them to settle a grudge of a whistle blower. What is the available evidence do I have? The timing of the "changing" of judges and the "framing" of the non-disputed evidence most of which I dispute. The "intent" is to rule against me without even addressing my facts of the case, what kind of court would do that? In the case of the Iranian Courts there defendants/ plaintiffs are entitled to have their facts addressed. I am not even entitled to do that? Why not just "gift wrap" my case and give to the State Department, and while your at it don't forget the little nice bow that goes with it, but under the law the judge and this court is supposed to treat both plaintiff and defendant as the same. Under basic jury/ judge law I am supposed to say my charge and the defendant being the State Department respond back, not for the State Department and the Judge of this court to frame the facts of this case for example,*

*When I say that I scored in the top three positions with my disability points, the State Department / judge of this court does not get to say that both "plaintiff" and "defendant" agree that "No Applicants were selected for an interview that scored lower than the Compliant". This is a false statement, where I have not agreed. In fact in the "Inactive Letter" provided to this court I scored higher with my disability points. The State Department was in violation of ADA Laws by not giving me a fair chance to compete with veterans, and further it was in violation of it's own rules and establishment by not giving me the opportunity to compete in a disability status. Giving me those points are not a charity, but it's mandated by this court and the law. My application is better than the State Department personal any day of the week. Again this court is choosing to ignore a set of facts in favor of it's own, taking away my due process. I also want my right to be heard under the 1991 (ADA) Act, and have a jury of my peers. If this court decides that I am not entitled to be heard under it's jurisdiction.*

4

Support (Fact 5): The second party to this case being the State Department had the responsibility to ensure that I had their contact information, but until September 3, 2010, the party ignored all communications sent by the previous judge and both the judge and the agency assumed that my case was lost by default.

*This is a violation of substance law: This is a violation of the court order, because the "State Department" does not respect the "EEOC Court". Why? Would a party that time and time again gets to display the evidence even bother in contacting the other party and providing them with contact information? Because the State Department rather it be by attitude or procedure or the combination of both think that people with middle eastern backgrounds or disability should not be part of the "Foreign Affairs Officer" workforce.*

Issue (Fact#2): Not providing contact information for an unreasonable amount of time, based upon the assumption that I had lost the case, before being heard by a court or the judge or a jury of my peers. This violated my right to due process and trial by jury or the court. Given Due process requires that the procedures by which laws are applied must be evenhanded, so that individuals are not subjected to the arbitrary exercise of government power.

Support (Fact #1): In the letter sent to me in January. Not a word of Contact information was given to me that solely instructed the parties to participate in mediation.

*This is a violation of substance law:*

*The State Department made no attempts to contact me, and had my contact information because I issued a compliant against them. I had no contact information from them, neither did the judge of my case bother to provide me with contact information or proper followups. This is a violation of due process.*

Support (Fact 2): I waited for eight months, until I came to the conclusion that neither the State Department or the judge was interested in "mediation".

*This is a violation of substance law:*

*The State Department made no attempts to contact me, and had my contact information because I issued a compliant against them. I had no contact information from them, neither did the judge of my case bother to provide me with contact information or proper followups. This is a violation of due process.*

Support (Fact 3): In August I sent the judge a letter asking her for a ruling, and never heard a response.

*This is a violation of substance law: It was humiliating to me to be a defendant in her courtroom and I demand an apology. When I do my work for the public. I try to make it the best. Every person has my full attention. I except for the judge of my case to be better than I in every aspect. It violated basic court room manners. As much as it's humiliating not to be heard because of my ethnicity by the court. It's even more humiliating for this court to make it's own setup of facts without addressing my hardcore set of facts because of my ethnicity. This court makes me feel that I am being lynched through trickery of law and non-representation because of my ethnicity.*

Support (Fact 4): It could be argued in front of a jury and other law professionals that the reason why I was setup a phony mediation and non-response from both agency and judge is because it was already-

5

determined that I did not have a case to be heard. In other words I am saying that both parties (EEOC included) had already decided that I had no case. The minute I was denied a fair hearing and being ignored by both agency and judge from the beginning was the minute I lost the case: Without it being heard. In effect this made the "Agency" to gain a right over me that they did not have in the first place: It took out neutrality and fair play from my case, and replaced it with censorship, misuse of information, and disjustice. Why? Because I had already went above and beyond to display to the court of the "undisputed" facts, it was up to the agency to dispute them, instead it setup a process to dismiss my set of facts, while validating their set of facts or no facts at all. Not by process of discovery, but PROCESS, and there is a difference. Because if the State Department would to actually address the facts of the case it would loose all around, and this court is taking part of not addressing the facts to the case. That is not justice for all. That is justice for the abusive State Department.

*This is a violation of substance law: I never get my fair day in court and was replaced with the "State Department" hogging the stage. This is a violation of my due process.*

NOW THIS IS HOW THROUGH "SUBSTANCE LAW" THE STATE DEPARTMENT TOOK: MY CIVIL RIGHTS, ADA, AND CONSTITUTIONAL LAW WAS VIOLATED BY THE STATE DEPARTMENT

### Discrimination Because of Being Disabled

Issue (Fact #3): The State Department in no time has denied that the result of me being denied (disability points) resulted in that I loose an opportunity for employment. This resulted in the "equal protection clause" not to be done and it took away my 14th Amendment right. It took away certain rights under the Rehabilitation Act (ADA) that are guaranteed to me such as screening processes, and flew in the face of ADA.

The following laws is what was violated as result being discriminated aganist by the State Department. Sec. 12112. Discrimination

(a) General rule

No covered entity shall discriminate against a qualified individual on the basis of disability in regard to job application procedures, the hiring, advancement, or discharge of employees, employee compensation, job training, and other terms, conditions, and privileges of employment.

(Support 1 Fact): Email Documentation dated 6/04/09 in the "Inactive process" clearly showed my score to be 93.48 (5 Points) away from the candidate that was interviewed at 98.26. This evidence will be given to the judge that I scored in the top three positions with disability points and I was denied an interview.

*violation of substance law*

As used in subsection (a) of this section, the term "discriminate against a qualified individual on the basis of disability" includes

(1) limiting, segregating, or classifying a job applicant or employee in a way that adversely affects the opportunities or status of such applicant or employee because of the disability of such applicant or employee;

The real effect of violating this law as evidence by exam not one person scored, in the top 90% of the

6

exam with a disability because of not offering "disablity points.

(Support 2 Fact): As a result of State Department violating the law: If I was to receive disability points my application would have been 98.46, where that would have made me eligible for an interview, where I would gain the job.

(Support 3 Fact): I was not eligible for the interview, because the process did NOT ask for my disability. In the application (Online) it never asked for disability points, while the application itself created a system of veteran points not the disabled.

*Violation of substance law:*

(2) participating in a contractual or other arrangement or relationship that has the effect of subjecting a covered entity's qualified applicant or employee with a disability to the discrimination prohibited by this subchapter (such relationship includes a relationship with an employment or referral agency, labor union, an organization providing fringe benefits to an employee of the covered entity, or an organization providing training and apprenticeship programs).

Obviously I scored 98.46% in the Grade 12. with my disability points. I was well-qualified to gain the job. The State Department discounted my application in favor of another group of people veterans, even through I would love to have an interview and recieve the job. There is no two standards of list that the judge claims I scored higher than that of a veteran even through I was at a major disadvantage. No law in ADA or Civil Rights categorizes "Veterans" as a protected group. But the disabled are a protected group that is a fact.

### (3) utilizing standards, criteria, or methods of administration

(A) that have the effect of discrimination on the basis of disability;

(B) that perpetuates the discrimination of others who are subject to common administrative control;

The result of violating the law:

The standards in the exam did not ask for disabilty or it's point. As evidence in the exam did not contain NOT one person who had a disability! This lead to the effect of discrimination of being discriminated against point (A). and ALL people with disabilities were excluded from having disability points, because it didn't give them a space to compete in.

(Support 4 Fact): According to the Inactive process and follow up conversation the rule of three is the only way applicable of gaining a federal job. This is the RULE that the "State Department" uses to defend it's practices of discrimination, while accepting "veteran" points that on average are a lot higher and a larger category to compete in. For once a disabled middle eastern kid (me) manage to beat the rule of "established" discrimination, and when the State Department saw that the "Establishment of Fact" outweighed their practices, than they adopted a different tune of discrimination.

(6) using qualification standards, employment tests or other selection criteria that screen out or tend to screen out an individual with a disability or a class of individuals with disabilities unless the standard, test or other selection criteria, as used by the covered entity, is shown to be job-related for the position in question and is consistent with business necessity.

Violation of substance law cost me not to be able to compete in the "rule of three" with disability points. The department made the exam NOT to include "Disability points" by NOT asking for them on

purpose.

(Support 5 Fact) It was asked from the investigator and the State Department to identify people with disabilities that were hired in "Foreign Affairs Officer" the investigator failed to display the number. It can be only presumed that people with disabilities are not hired as "Foreign Affairs Officer" or are hired at a considerably less pace, because of the point system, and the fact that we are not to compete in the application.

Another Violation of the substance of law by the State Department, because in civil right laws it's guarnteed that the agency shall provide upon request the number of applicants hired of disability and ethnicity numbers that the agency failed to provide after asking for them a number of time.

(Support 6 Fact) On the results of both grades 11 and 12 no person with disabilities was allowed to compete. Not one person had "points" for being disabled unless, they were a "disabled veteran".

(Support 7 Fact) Support Fact 5 and 6 make a deadly combo for people with disabilities, that in our lifetime we will never be eligible to gain the "Foreign Affairs Officer" position. This flies against everything in ADA law.

(Support 8 Fact) Limiting the candidate pool to a selective breed of people results in a non-competitive, incompetent, and less talented workforce that puts our welfare in danger. More about this will be discussed in substantial facts, and evidence.

(Support 9 Fact) The examination did not ask for disablity points. Provided no space to provide documentation to include disability points, but did have space to include "veteran points".

Discrimination for being Muslim Associated:

While I am not muslim, my father is muslim. His father before him was muslim, and so on, and I am proud of my muslim heritage just as much as I am proud of my christian heritage (Graves). The name I was born with was "Rasoul Rahimi". In the application process there was question that specifically ask for previous names, where I had to answer to the name I was given at birth.

Issue Fact 4: People with middle eastern / muslim backgrounds by virtue of process are eliminated by the candidate pool. This violates Amendment 14, Title Seven (that gives everyone the same chance to compete), my first amendment right ( the right to be heard). I consider the denial of my superior application and qualification(s) unconstitutional because of my muslim association as the same to taking my free speech. For example, "This is how the King George Government" punished our founding fathers for non-association with the church, and silent-ed their free speech by taking away their means to employment and competition. Currently the same practice that is being used by the State Department is being implemented by countries such as Iran, Egypt, France, and Russia.

(Support 1 Fact) The scoring in the exam contained only 1 (muslim) name above 90%.

(Support 2 Fact) The process of the examination and the question(s) associated with it were designed to keep a certain breed of people more competitive than others hence this is why only one person of middle eastern origin qualified above the 90% ratio. How? The exam itself was not a true measure of what an applicant must have on the job, but instead of list traits traditionally associated with Christian (private/ military) upbringings. Knowing language skill for example would be a definite positive contribution to the job. Had living in a muslim background would be a definite positive contribution to the job, but these traits were excluded from the examination process. Making the application 20 times as harder to compete in for people with muslim backgrounds than non muslim backgrounds. In fact the

8

critical "traits" were discarded from the job in order for the "State Department" to discriminate assessing threats against our security and interest was severely hampered. How? In order for one to make an assessment of a threat one must know what is the threat, how would a person who is not from a "Middle Eastern Cultural" background, correctly be able to tell and not tell threat, if they don't know what to look for? While training can provide some measure of expertise, it's not the whole ball of wax. Critical "Traits" were taken out of the examination process to be substituted for secondary traits, that made the application specifically geared towards one (group) of people and left out needed critical traits in favor of discrimination. EVIDENCE: Look at the job description and than look at the questions and answers used to score the exam. Not one question asks about language or cultural skills. Why? Because it wasn't a trait that would have been beneficial to the wanted applicant deemed worthy by the almighty state department for having a job, even through it was critical to job performance.

According to their own website retrieved on 9/14/2010. A competitive candidate is a candidate that has language and cultural expertise YET their examination did not contain that information during the "investigation" inquiry.

1. Foreign Languages

While you are not required to know a foreign language to become a Foreign Service Officer, proficiency in one or more languages will enhance your competitiveness for selection.

If you claim a working knowledge of a language(s) that is identified as a Super Critical Needs Language (Arabic (Modern Standard, Egyptian, and Iraqi), Chinese (Mandarin), Dari, Farsi, Hindi, and Urdu), you will, upon passing the Foreign Service Officer Test, be asked to schedule quickly a telephonic language test with the Foreign Service Institute. Receiving a "pass", i.e., at least a speaking-level "2" on our 5-point scale, will enhance your candidacy in the review by the Qualifications Evaluation Panel. You may test in a Super Critical Needs Language once per Qualifications Evaluation Panel review. If you do not pass the language test at that time, you will have the opportunity to test again if you pass the Oral Assessment and every six months thereafter as long as you remain on the Register.

If you claim a working knowledge of a Critical Needs Language (Arabic (forms other than Modern Standard, Egyptian, and Iraqi), Azerbaijani, Bengali, Chinese (Cantonese), Kazakh, Korean, Kurdish, Kyrgyz, Nepali, Pashto, Punjabi, Russian, Tajik, Turkish, Turkmen, and Uzbek) or some other language, you may schedule a telephone test with the Foreign Service Institute once you pass the Foreign Service Oral Assessment.

For information to help you assess your own speaking level, visit http://www.govtilr.org and click on "Speaking" under the skill level descriptions for a general description of the expected proficiency. The speaking self-assessment tool, available on the same site, will also help you estimate your language proficiency.

If you receive a score of S-2 or higher in the Foreign Service Institute-conducted telephone test in any one of the Super Critical Needs Languages or Critical Needs Languages, you will receive 0.4 additional points (0.5 for Arabic) that will raise your ranking on the Register. Candidates who score successfully in other languages will receive 0.17 additional points on the Register; click here (88kb, PDF) to determine the level of proficiency required to earn 0.17 additional points. Successful candidates who take advantage of the language bonus provision for knowledge of Super Critical or Critical Needs Languages will be required to serve in a country where that language is spoken at least twice in their careers: once during their first two tours and again after being promoted to the mid-levels of the Foreign Service.

*violation of substance law*

Not following the "job description" of the position in combination with providing criteria not relevant to the job made "competition" impossible or less favorable for others. Specifically the job was made for certain people not what is needed from the job. Take for example the grade 11 criteria for "Foreign Affairs Officer" specifically it asks for skills that one could analyze a media article. This part is a necessary skill to have on the job. Now let's take a look on how "one" would select the individual NOT based upon cultural expertise, but general foreign expertise or skills of analysis of a media article. How can one search a "foreign article" and tell rather or not violence or other economical/ cultural impacts would happen if one doesn't know what to look for in an article? The answer is the person can't and they will miss "Critical Security" information that is pertained in getting for the job. Secondly, The answer could be experience of "international" used to measure the applicant aptitude could substitute for the applicants knowledge. This position has to do with Iraq. How can someone who worked in Japan for example know what the cultural and social economic complexes of Iraqis are if they never experienced them? The answer is they can't. A person from Syria, Turkey, Iran, and Iraq itself is more likely understand the underlying "community" practices and better predict response to an event because from they have been trained to observe certain cultural practices unique to that region of the world. For example, in an article if they read, "The local governor hosted a banquet in honor of Imam Hossien" or "Uder Fatr". They understand the significance this event has beyond just a ritual for a holiday. These issues can not be understood by a person who worked in Japan cultural backgrounds.

Is there a difference to knowing this information? Yes. It means life and death situations for our troops on the ground. The ability to separate "cultural events" that is the norm and not a terrorist event or being used as a means to act out terrorist plots is something that a person from Japan or the United States could not understand unless they were brought up around the culture to understand it's underlying norms. Therefore International Knowledge that is not middle eastern is irrelevant to the job position itself. *Furthermore all APPLICANTS that SCORED high in the position itself did not have any cultural expertise outside the US military. In fact one that was interviewed was an employee of Blackwater.* Not a shining example of an applicant pool. Additionally "violence" since last year has been on the rise in Iraq. In Afghanistan violence has tripled because we are going back to the same old strategies of gun in one hand and using medium cultural tactics as a recipe for allowing the Iranians to control events in the area and it will weaken our position in the middle east. It's predictable that we will loose needed allies and worse whole areas for cultural non-action and non-understanding during the course of the war. If we continue the trend of hiring "non-muslims" cultural backgrounds into critical interpretation of cultural settings. As evidence by this exam only one other person other than myself scored higher than the 90% who was muslim.

Additionally the State Department is continuing to hire people who had direct conflicts with muslims backgrounds, making their personal to look for flaws in people with muslim backgrounds. If you were a disabled individual from either Afghanistan or Iraq, and a person with a muslim had hurt you, would you see muslims as peaceful individuals? Would you seek peaceful non-violent actions? Most people by human nature would not do so. There is a time to be tough and there is a time to be diplomatic, this position does not need people who may harvest a grudge against people of Iraq or Afghanistan. Again all three people who scored in the top three positions were disabled veterans. This trend makes it that we see all the people bad and none of them good, and it will be a trend that will prolong our stay both in Afghanistan and Iraq. The root of this trend is from "discrimination" against people with muslim backgrounds or are muslim. The decision of this court and this case means the future direction of what this war will take. It means rather or not we are victorious or just substandard. There is no logical reasoning that only two people me being one of them with a muslim scored above the 90% especially when this position was for planning for security in Iraq and Afghanistan. This trend is wrong and is the

reason why EEOC was created in the first place. Discrimination means a less qualified workforce and worse results for overall work productivity. The probability that the State Department is Not providing the number is because there is less than fifteen people in their entire workforce, who is muslims. This is wrong, and the State Department needs to provide that number to the court. NOTICE THAT NOT ONE CULTURAL CRETERIA IS IN THE DUTY STATEMENT. NOT ONE, but when it comes to the an exam it demands to interpretation of cultural settings? Why? Please review Duty 1 and Duty 3. This is evidence that "cultural interpretation" is not factor to the job criteria. Examining newspaper articles for example is a job criteria that they measure for, and it's critical important to the function of the job, and is job related, but it's not in the duty statement! Nor is it measured from a Iraqi/ Afghani cultural perspective, and on top of all this Judge Hodge it means that necessity is being replaced with discrimination and prejudice with people whom have muslim backgrounds.

One of the candidates tracked this terrorist down (Confidential Info can't get into details) but needless to say he functioned as a person who specialized in this one character's habits, even this candidate is ill-equipped to deal with cultural/social criteria that creates terrorist from day one, because he does not know the cultural aspect that is outside the realm of this one man life. He may know a lot about that one man, but to say he understands cultural interpretation in the middle-east is under statement. For example would he know that stretching your legs in the middle eastern culture is a sign of disrespect? Would he know that middle eastern "Tarff" practices? These practices are not taught to one person who is searching for one man, and is tracking him. I would say he is looking for specific information, like bombs, associates, money, drugs, etc...

There is a whole outside environment outside of military and law enforcement that is taught to a man who has lived among the people that is foreign to the candidates. To better illustrate what I am saying imagine yourself for one minute. Imagine that the well-esteemed judge went to Chicago's South side in a suit and a tie. How would people treat you? Now imagine if you went there as one of the homies how would people treat you? Different right? But when you go to church everyone from all income brackets are embraced, but doesn't mean judge your the same to them as you showed up on the street in a tie, than your in the church. The cultural environment of the church is different so there are different expectations from everyone. Now imagine that the local white folks came along your church playing gospel music out loud. How would the people in the South side Chicago react? Love it. Sure. But would they embrace it. Perhaps not. As the guy in "Remember the Titans" said to the white guy, "Does the term cruel and unusual punishment mean anything to you?" That is the kind of decisions we must make when we on the ground, where to patrol, how to patrol, who do we patrol with, who are partners, what kind of music should we play? These factors matter to an "on-ground" fight. Planning for troop participation within a larger social network matters. The larger picture is planning for our own security and how that security effects our own day to day operations. Please read factor 5.3 and others of the duty statement. Who do you want giving out this advice out? A heavy weight like me who understands cultural interpretation of events in minutes or a person with no experience, and makes a decision to do something without paying attention to local impact? Or worse counts those people as being backwards so usually "nothing" would be the norm. I don't have to go through this with you, but I want you see the direct impact discrimination has in the State Department operations, and how it works to keep the war fueled.

A person who tracks terrorist is not the person who should be hired to recommend policy on how to form alliances (he doesn't have environment expertise), because that person is trained to look 180 degrees not the full 360 degrees. Meaning he's looking for threats. Not opportunities. This is my opinion, and where is my evidence? The job duty, the person is planning for US interest. How does he compute "US interest" in a complex scenario of cultural settings, while looking out for on the ground interest? Without knowing what to look for? The answer is he can't because he doesn't have the

11

experience of at least eight years that is needed to do so, but the job requires you to have it! I did not want get into details about this information and I have just covered less than 1% of the knowledge required. I am using this "simple" examples to illustrate the cause and effect relationship between people whom have the 360 degrees experience and those who have the 180 degrees experience.

While I don't have the information for Grade 12. It doesn't look better than grade 11 in terms of cultural interpretation and action. This is why the investigation is incomplete grade 12 numbers are needed and again how many people are hired from a middle eastern background into a foreign affairs officer position?

## UNLAWFUL EMPLOYMENT PRACTICES

SEC. 2000e-2. [Section 703]

(l) Prohibition of discriminatory use of test scores

It shall be an unlawful employment practice for a respondent, in connection with the selection or referral of applicants or candidates for employment or promotion, to adjust the scores of, use different cutoff scores for, or otherwise alter the results of, employment related tests on the basis of race, color, religion, sex, or national origin.

(m) Impermissible consideration of race, color, religion, sex, or national origin in employment practices

Except as otherwise provided in this subchapter, an unlawful employment practice is established when the complaining party demonstrates that race, color, religion, sex, or national origin was a motivating factor for any employment practice, *even though other factors also motivated the practice.*

Not following the "stated desirable" qualifications stated on the examination is evidence that the State Department used second non-essential criteria to pick a candidate even through the criteria would lead to only one person to score above the 90% mark. Arrogance of the law is not an excuse to discriminate.

(Support 3 Fact) Currently and previously (again not answered by the State Department because it's not in their interest to do so.): Do not hire people with muslim backgrounds. Not giving me the numbers of how many people of the workforce means that they don't hire people with muslim backgrounds.

Again this violates multiple executive orders and laws already passed by Congress to every "civil right" to provide this information upon demand.

(Support 4 Fact) If the same process above described to the court was done from any other religion or background such as "Judaism" where the candidates. ( May it interest the court I am 1/8 Jewish and proud of it.) An exam that only ONE person with a muslim background would have been unacceptable to the court and the State Department, why is muslim background any different? In age that we are fighting terrorist who are extreme version of Islam, the court must take the same approach in applying application than it would to any other religion not being hired, rather it be Jewish or Muslim. It's the same. It's a rather large fallacy to apply the same standards for a jewish background, but not someone from a muslim background. I can see that the "State Department" and the "EEOC Department" calming in their arrogance of facts, that the same standard is apply. If that is so in the history of EEOC and State Department I request from them that they show me a case that a Jewish Compliant was discarded when he or she scored in the top three positions. Show me a case that was dropped because of lack evidence as same as mine, and I can show you hundreds of case that are the quite opposite, while you can not

12

show me even one. Such as

Elk Grove Unified School District v. Newdow

Employment Division v. Smith

McCreary County v. ACLU of Kentucky

Van Orden v. Perry

All of which dealt with (different) religions or in the case of Newdow Philosophy but it was presumed that religion for all was being treated. These cases did have some amount of evidence as mine more or less. Some were about the flag and his religion. Some were about the use of drugs and the workplace an religion, and some were about the display of the ten commandments, but no matter contexts all these plantiffs had the same amount of what case provides to the court. There is a lot more cases. Discarding this case would be because not because of lack evidence but because of the religious background it's mentioning and my ethnicity. Not having an exam that does not allow for people with muslims to be competitive is just as damaging than Smith being allowed to smoke at the workplace. Smith has a freedom to smoke, but not at the expense of the society. The State Department has a freedom to hire, but should not conduct an exam where only 1 muslim applicant is able to score above 90%. The difference? Smith does not have a muslim background, and that is why he is allowed to be heard, and Peter Graves is not.

Discrimination For Being Iranian:

I can see that the State Department fighting hard that Discrimination for being Iranian did not happen. When it comes to my disability it's bullet proof. I beat them by their own set of rules. When it comes to "religion" they know if they pursue the numbers and number of applicants I have them beat, but when it comes to being Iranian this is a weak side of my case. Why? Because the number of applicants vs. the people hired are mismatched, and it won't be as easy to prove my case of being discrimination of ethnicity to the court. Even so, the procedural of this court and the State Department itself is evidence enough as you will read.

*but for the record Judge Hodges:*

*In dealings with the Iranians the (State Department) did not utilize American-Iranians, but others who were not Iranians or they utilized Iranians that came from the Iranian Elite background that came here after the Shah regime, who hates the Iranian regime more than anyone on this planet. In doing so the (State Department) directly placed our interest in harms way and that of our people's in harms way, because non-expertise of backgrounds gave the Iranians an advantage, where compromise was less or never sought by parties. This is a direct result of discrimination in hiring by the State Department. This practice is so dangerous that it lead to the 2 trillion dollar war with Iraq, and it may lead to a war with Iran in the future, where people in the State Department were competing to "outdo" one another on hatred upon Iranians/ muslims or middle eastern folks, as evidence "Collin Powell" a gentleman with his distinguish record and career went in front of the United Nations before the invasion of Iraq and said that Saddam had weapons of mass destruction. This is my opinion sir and is not a matter of fact,*

13

*but it's of matter of being assumed not presumed and there is a difference. However, it should interest this court to know that in my opinion the reason we fought a 2 trillion dollar war in Iraq is because of the State Department discrimination. This will be the only paragraph of "assumption" or 60%-70% certainty that I will present to the court, the rest being 100%. This opinion is designed to let court know how important it is to let the State Department know that their practices of discrimination rather be by process or outright is not ok, because it's cost was trillions of dollars and precious lives. If the court feels that this statement is not relevant to the case they may scratch this statement from the record, but only this statement. In my view: The State Department discrimination is a two trillion dollar problem.*

Issue Fact 5: Laws and facts are being selective by the State Department and to a point this court. My 14th Amendment rights are being taken away from me, ADA Rights as I will explain, Civil Right (Article 7) and due process is being taken from me:

Support Fact 1: This court is relaying on the intent of "summary judgment" without commenting on the available evidence. I have given evidence to this court that it chose to ignore, if anything summary judgment should be placed on the State Department not me. It's the State Department that has chosen to ignore laws and not answer questions. By issuing the intent of "summary judgment" I am being punished for being Iranian. Not once has this court notified me that there was to be a summary judgment against my case. In fact up to this point the court and the state department claims there is "no genuine" of fact without discontinuing my set of facts. Not once until September 3 2010 did the court issue a ruling or suggest a ruling of opinion. For example in both cases of Anderson Vs. Liberty Lobby Inc (1986) and Matsusihita Elc. Indus Co. Vs. Zenith Radio the plaintiffs and defendants of both party benefited and had an opportunity to comment before the ruling was against them in discovery with the judge. How can the court issue a ruling without commenting on available discovery that was the investigation? Did the previous courts throw out an investigation or is it just this court? This leads me to believe that because of me being Iranian I am not given the benefit of the doubt. The genuine findings of fact is as follows for my case:

   Disability points were not asked for or included for the examination. If I had gain the points I would have had been in top three candidates. A rare and yet remarkable phenomenon: I managed to beat the odds of their scoring system, and still was faced with the same discrimination.

   Even through the State Department was non-competitive and non-ada approved this court has failed in it's duty to address this matter equability.

   The Rehabilitation and ADA laws as discussed in (The Active) compliant has been not followed. The State Department withheld critical evidence of how many people are hired with disabilities and middle eastern backgrounds both in their workforce and the "Foreign Affairs Officer" Position.

In order for Judge Hodges to find a summary judgment from my view point the following criteria must be met and it has not been met:

   The Investigation record must be adequately developed.

FALSE: The State Department has failed to give the information requested of how many people with disabilities and ethnicity fall within their workforce and foreign affairs officer classification before September 2009.

   There are no genuine disputes of material fact to be resolved at the hearing.

14

FALSE: I say that beating the three rank rule is a pretty large accomplishment, that is not being acknowledged by the court or the State Department.

A decision can be rendered without the AJ making findings of fact.

TRUE: But only if I am the winning party. Other wise FALSE: So far there is a bunch of findings in my compliant being presented in black and white to the court and the state department that because of my ethnicity has been discounted. Such as the scoring of the exam, workforce diversity, and the contempt the State Department has for the law (not providing evidence of how much people of muslim or disability have been hired. Furthermore I have provided the AJ with plenty of finding of facts. The burden of proof of a civil discrimination matter is less to prove meaning this is not criminal trial. The investigation reveled critical details to my compliant, such as the muslim hiring in the work force, actually ranking in the top three and being able to compete, etc...In almost every case I have more proof of fact than other civil right cases that burden of proof was considerably less, and they won. I have to show more burden of proof because of my ethnicity and being a whistle-blower, while burden of proof of "sexual harassment" for example requirement is far less than that of a discrimination case, my case satisfies the requirement based upon other civil right cases.

4) The Parties have been afforded ample opportunity to engage in and complete discovery, but this is in my favor not the State Department, and due to my ethnicity the court and the Department has made it to their favor.

TRUE: We have discussed the material. The scoring process, the qualifications, and the remedies are now in question. The State Department has failed to DISPUTE all statements made during the process of discovery. Therefore I win, and therefore I request from this judge for a "summary judgment" against the State Department. That the list of remedies and the newly added one of paying my student loan interest be granted by this court. It's rather large fallacy that the court allows for the State Department to have "summary judgment" against me and the little guy not to have it. Especially when the State Department hasn't disputed my main claim in scoring into the top three positions. Unless the State Department and this court consider "Iranians" not entitled to summary judgments issued against them.

This little guy (me) is entitled to due process, and summary judgment in favor of State Department (unless it's in my favor) is a direct violation of that process, when historical if someone would address the court that he actually scored into the top three, but is being denied employment, the very least the court would hold a hearing on the matter or render verdict in favor of the complainant.

Any decision that does not address the following criteria is in the violation of my due process, and in my opinion is being issued against me because of my national origin.

Support Fact 2: ADA laws are applied differently to Caucasians (European), African American, and Asian Americans than to a person with a middle eastern background. In the west coast I tried seeking professional attorney help. None of which helped me due to my ethnicity. Another violation of due process because historically people with a compliant such as mine had an attorney, where I fall back on my own wisdom and experience. Examples of organizations and law firms that I asked for help and received no help: UC Davis Law Center, Disability Rights Advocates, California Department of Rehabilitation, Crawell Law firm, Carter Lawfirm, and many other specialized disability attorneys all of which refused to represent me.

Support Fact 3: The same reasoning mentioned in association with being a muslim applies to association of being an Iranian. Not one Iranian applied and scored high on the exam, because the

questions were skewed to exclude them.

Issue Fact 6: The Court believes that "ethnicity" to determine the Foreign Affairs Officer Position is a valid criteria to use to determine the position.

This court framed a letter that mirrors everything that the "State Department" said. Threw everything at me including the Kitchen sink, and still could not walk away without getting the complete facts straight. The court was careful not to address the issue of "disability points" instead it used the term "veteran points", this is evidence of it's bias towards me and my ethnicity, and I hate this court. I hate it because it's nothing but a bigot clothed in legality. Just like "Jim Crow" Laws were forced down african americans and were called fair. EEOC to me is my Jim Crow, and I want it abolished. Like so many African Americans wanted Jim Crow abolished as well. EEOC is good for whom? Me? How is a system that belittles me more than the abuser is good for me? African Americans were told that Jim Crow is good for them too, it didn't make it so. Like Jim Crow laws that legitimized discrimination towards people with African American descent. EEOC laws and courts are designed to keep people with in middle eastern backgrounds behind. My substance of law is: Brown Vs. Board of Education. It was claimed by some that discrimination was in the interest of the children, but the lawyer for Brown proved otherwise. Discrimination is not a necessary business practice as this judge and the State Department wants to make it seem.

*Finally if any of my complaints is validated, such as successfully scoring into the "top three" than I should get the job and I win my case.* Rather it be discrimination because disability, religious, or ethnic association. If it's determined that my civil and constitutional rights were violated even for a second in court proceedings or the hiring process, it's illegal, and it's the duty of this court to uphold these rights, rather it be constitutional or civil.

One other issue the "State Department" has changed it's story, the story I had was in documented (email) throughout the investigation was the top three candidates, now the story has changed to the top five. Another violation of conduct by the State Department, because if I had known that information than it could "invalidated" the top three argument. I request from the court to match the applicants to their score level, meaning that the following people should have been interviewed and no more:

Robert Breitman (Rank 1)

Mary Ehrhard (Rank 2)

Grace King (Rank 3)

Timothy Mazzarelli (Rank 3)

Christopher Deutsch (Rank 4) Violated the rank process in grade 11.

Another issue about grade 11 is I don't know how many people scored under 70%. How many people with disabilities and muslims were systemically taken out of a fair competitive process?

I was told by the investigator that this is the information they would provide to me, and that is it.

In Grade 12:

Another key information that the State Department left out that I am disputing is grade 12 scores, what I do know that from the inactive inquiry the lowest score that was interviewed scored 98.26 and I

16

scored 98.46.

I don't know what Joseph K Bey , Robert Breitman, Grace M Kang, Brian Mazanec, William A Milford scored on the exam, but let me tell you what I do know: Mr. Brietman for example is the kind of person that should not be in a "Foreign Affairs Officer" position. His company slaughtered many innocent Iraqi civilian, while Mr. Bey is shown to be the top figure and his attorney accomplishments, it didn't mean he was selected.

Another issue about grade 12 is I don't know how many people scored under 70%. How many people with disabilities and muslims were systemically taken out of a fair competitive process?

I was told by the investigator that this is the information they would provide to me, and that is it.

I request for a "Summary Judgment" against the State Department. For the State Department to come forward with the information that is being requested from them so the court can enforce my remedies based upon the title seven act. My remedies as a whole( we can negotiate on that part with the participation of the court), an opportunity to be heard, and my well earned job.

THIS DOCUMENT HAS BEEN FILED AT THE WASHINGTON FIELD OFFICE VIA FAX ON SEPTEMBER 22 2010 VIA THE FAX NUMBER 1 (202) 419-0710 WITH TWO PEOPLE WITNESSING THE FAXING TAKING PLACE. THIS DOCUMENT WAS MAILED TO THE JUDGE ON SEPTEMBER 22 2010, WHERE HE WOULD GET IT NO LATER THAN BY SEPTEMBER 23 2010.

ADDITIONAL DOCUMENTS WAS SUBMITTED TO THE JUDGE FOR THE PURPOSES OF REMOVING HIM FROM THE CASE DUE TO STATED BIAS AS SUGGESTED BY THE COMPLAINANT> HOWEVER THE JUDGE HAS REFESUED TO TAKE ALL CALLS AND LETTERS REGARDING HIS REMOVAL. THE PLANTIFF WISHES FOR THE JUDGE TO BE REMOVED FROM THE CASE.


Thank You,

Peter Graves

P.S. Statement:

I wanted say one more thing that these people would rather see me loose this case, loose the war, but to examine themselves and their actions. I could file that I was discriminated against that I lost the position because of my disability, and there is solid evidence to support my finding, and it is truth, but I wouldn't be a good employee or officer if I didn't say the whole truth. I would be better exam that didn't place value on "Cultural Interpretation" but yet require it from the employee.


I rather loose the case, than to loose the war and the people that count on my input to keep them safe. As Malcolm X said so well, "I for one believe that if you give people a thorough understanding of what confronts them and the basic causes that produce it, they'll create their own program, and when the

17

people create a program, you get action." That is what I believe in, but I also want justice and the ability to compete and I am not asking anything that the law has not provided to me. Some people may say, "just stop." I will stop when I can apply as an equal to the State Department, and I don't experience injustice done to me and our troops.

ATTACHED DOCUMENTS:

1) TEST SCORES. (ONLY 1 PERSON WITH A MUSLIM BACKGROUND SCORED HIGHER FOR THE JOB)
2) JOB-RELATED CRETERIA FOR SELECTION AND THE NON-AVAIABLITY OF CULTURAL EXPERIENCE THAT IS DIRECTLY TIED INTO THE DUTIES.
3) EMAIL OF SCORE AT GRADE 12, and NOT GETTING DISABILITY POINTS. (INACTIVE COMPLIANT)
4) Peter Graves Disability (Dialogue) Sheet

Peter Graves Dialogue Fact Sheet:

Dear Judge Hodges for the purpose of expediting response and answer I have compiled possible "State Department" answers and my answer.

Disability Discrimination Check Questions:

Question (1): Did the (Plaintiff) Peter Graves score 93.48 at Grade 12? Yes or No.

Answer: Yes. Plaintiff did score 93.48.

Question (2): Was (Plaintiff) asked during the examination that he had a disability?

Answer: No.

Question (3): If Peter Graves would have received the standard 5 points that everyone should get for being disabled would he have been competitive or be placed in the top three?

Answer: Yes. The lowest scored interview was 98.26 if plaintiff was treated equally and not discriminated against he would have scored higher than the 98.26.

Question (4): Did other competitive "veterans" use their disabled/ veteran points to compete in this exam?

18

Answer: Yes. Whom scored higher than the Plaintiff by using veteran points.

Question (5): Was there people with disabilities who used "Disability" points during the exam?

Answer: No. Generally people with disabilities were not admitted to the exam, because the exam did provide "veteran" documentation, but not "disability" documentation to score on the exam.

Question (6): Does process and procedure change if plaintiff would have got the disability points?

Answer: No. If plaintiff was given an opportunity to compete than he would have been placed in the "top three" scores, unless the scoring took place after the fact of computing disabled and veteran points, where this would be highly illegal.

Question (7): Did defendant leave the "disabled" out of the exam on purpose?

Answer: The structure of the exam by process by not stating or providing space to offer documentation to compete excluded plaintiff from applying with disability points.

Question (8): What about if the defendant did this practice not on purpose?

Answer: Does not matter. Arrogance of the law is not a defense. Furthermore by being arrogant to the laws the plaintiff suffered from defendant's negligence. Where it's requested that the Defendant make up for monetary consumption of Plaintiff's losses.

Question (9): Did the State Department provide the number of people with disabilities hired before September 2009 in foreign Affairs Office Classification position to the Plaintiff and the court upon their request?

No. It's assumed that not giving the numbers means that the Defendant takes part in discrimination and purposely adverts "Affirmative Action" laws.

CONCLUSION: PLANTIFF WAS DISCRIMINATED AGANIST, AND MEETS THE REASONABLE BURDEN OF PROOF. AGENCY MUST REVERSE IT'S HIRING PRACTICES AND HIRE PLAINTIFF FROM HIRING DATE THAT GRADE 12 STARTED.

RELIGIOUS CHECK QUESTIONS:

Question 1: Did defendant know of " Peter Graves" religious background being Muslim?

Yes.

Question 2: Did Defendant set an exam that required "Cultural Interpretation", but exclude from the hiring process?

Yes.

Question 3: Is Cultural Interpretation a necessary component to the job stated?

Yes.

Question 4: Did of the top candidates have "cultural interpretation" background?

No.

Question 5: Did discrimination replace needed on the job expertise?

Yes.

Question 6: Provide Evidence that "Discrimination" replaced on the job expertise?

FACT 1: IN GRADE 11 only one person besides myself with a middle eastern background scored above 90%.

FACT 2: The criteria what was being measured for (examining newspaper articles) does not measure up to the job duties selected on the exam. The lack of knowledge in (Cultural Interpretation) such as examining a newspaper article results in a lower response time to on the ground situations and inputs.

Question 7: Did the State Department provide the Plaintiff and this court with evidence (numbers) of how many people with muslim background were hired?

NO. IT can only be assumed that not providing evidence is the same as not hiring people with muslim backgrounds. The Defendant is trying to "cover" it's actions by not providing the number.

Question 8: Was language skills part of the exam that according to their own website it's a necessity skill?

No

ETHNICITY CHECK QUESTIONS:

Question 1: Was the Plaintiff given adequate time to develop his case?

No.

Question 2: Would somebody from a different ethnicity other than the Plaintiff be given more time?

Presumably yes. Because would be able to gain an attorney and the attorney would request from the court for more time.

Question 3: Was the Plaintiff able to hire a lawyer?

No.

Question 4: Was Plaintiff's (ethnicity) the cause of not being able to obtain a lawyer?

Most likely yes. Plaintiff begged the legal community both in Sacramento and Washington and received none, while plaintiff noticed that others from different ethnicity such as Mexican and African

20

Americans were given legal representation.

Question 5: Did the Court treat the Plaintiff well?

No. Plaintiff had extreme difficultly in communicating with the court.

Question 6: Did the State Department use the Plaintiff's ethnicity to deny him employment? How?

Yes. By setting questions not to have "cultural interpretation" criteria, and NO ethnic Iranians scored higher than 90%.

Question 7: Is the Plaintiff being required to show larger amount of evidence, when other cases showed substantially less?

Yes. The evidence of scoring in the top three is in black and white.

Question 8: Is evidence being discarded because of Plaintiff's ethnicity?

Yes.

Question 9: Was language skills part of the exam that according to their own website it's a necessity skill?

No.

Herring, Wendy C <HerringWC@state.gov>
topeter graves <petergraves3@gmail.com>

dateThu, Jun 4, 2009 at 12:07 PM
subjectEEO counseling (final interview, notice of right to file formal)
mailed-bystate.gov

hide details 6/4/09

Hello Mr. Graves,

Please confirm your receipt of this email and attachment.

This constitutes my final interview and concludes the counseling of your informal complaint. The final interview is conducted so that I can inform you of management's response to the allegation you raised, and issue you the Notice of Right to File a Discrimination Complaint. Per your request, below is the response I received from Ms. Janice Mason of the Bureau of Diplomatic Security, Office of Human Resources:

Ms. Mason explained that you applied for both the GS-11 and GS-12 Foreign Affairs Officer vacancies announcements announced as All Sources, (open to the public). At the GS-11 level, you received a score of 87.63. However, the lowest applicant score referred to the selecting official was 99.7.

At the GS-12 level, you received a score of 93.48. However, the lowest applicant score referred to the selecting official was 98.26.

She noted that the Rule of Three applies to All Sources vacancy announcements, and only the top three qualified candidates may be considered for the position, unless there are multiple positions to be filled or if an applicant in the group of three withdraws or is removed from consideration for a valid reason.

In this case there were 2 positions to be filled; therefore 5 applicants were referred on each certificate of eligibles listing at the GS-11 and GS-12 levels.

Based on your score, you were not among the Best Qualified applicants to be referred to the selecting official at the GS-11 or GS-12 levels.

She further stated that applicants received their scores based on how they answered the self assessment questions in the vacancy announcement. The self assessment questions are scored by a computer system.

She also noted that since this was an all sources vacancy announcement, applicants were able to use their veteran preference which raised their scores.

22

002248

Office of Civil Service Personnel Management (HR/CSP)
Bureau of Human Resources
U.S. Department of State

| Column 1 | | Column 2 | Column 3 | |
|---|---|---|---|---|
| **Duty 3:** | 25% | M | Ability to communicate orally. | Q16 |
| - Receives and reviews data from various documents, reference books, periodicals, newspapers, reports, photographs and other forms of communication. | | | Ability to establish and maintain liaison with officials throughout the foreign affairs community. | Q11 |
| - Reviews information relating to assigned area of responsibility. | | | | |
| - Monitors the internet for relevant background information on groups that could pose a threat to U.S. interests. | | | | |
| - Assembles, collates, and analyzes separate bits of all source information. | | | | |
| - Offers conclusions under less than ideal research circumstances, including pressures for conclusions with less then adequate amount of time or verification of information sources. | | | | |
| | | | Total scored questions for Duty 3: 2 of 14 | |
| | | | Total points for Duty 3 = 18 | |

| Duty 1: | 25% | M | | |
|---|---|---|---|---|
| - Evaluates the validity and reliability of all available information and provides an assessment of the current situation and likely future developments.<br><br>- Selects new and pertinent materials for the files and recognizes the need to call important new information to the attention of their superiors.<br><br>- Prepares finished intelligence and law enforcement reports consistent with the requirements of the task at hand.<br><br>- Reviews and evaluates finished intelligence and law enforcement reports from the point of view of the employee's SME. | | | Ability to analyze and evaluate information derived from a variety of sources.<br><br>Ability to communicate in writing. | Q6, Q7(LA), Q8(LA), Q9, Q15<br><br>Q10, Q17 |
| | | | Total scored questions for Duty 1: 5 of 14 | |
| | | | Total points for Duty 1 = 45 | |

Office of Civil Service Personnel Management (HR/CSP)
Bureau of Human Resources
U.S. Department of State

October 2005

| Column 1 | Column 2 | | Column 3 | |
|---|---|---|---|---|
| **Duty 2:** | 25% | M | | |
| • Performs work in the collection, analysis, evaluation, interpretation, or dissemination of information of political, economic, social, cultural, physical, geographic, scientific or military conditions, trends and forces in foreign and domestic areas, which affect national security. | | | Knowledge of, and experience in, the realm of national security. | Q5 |
| | | | Ability to plan, initiate, organizes, and coordinates activities within and outside the government. | Q12, Q13(LA) |
| • Read, annotate, and file relevant daily all sources telegraphic traffic on area of responsibility. | | | Knowledge of and experience with basic computer applications. | Q14 |
| • Draw pertinent inferences from the analysis and evaluation of collected information. Inferences are in keeping with the requirements of officials responsible for planning or for making policy decisions. | | | | |
| | | | Total scored questions for Duty 2: 3 of 14 | |
| | | | Total points for Duty 2 = 27 | |

Office of Civil Service Personnel Management (HR/CSP)
Bureau of Human Resources
U.S. Department of State

October 2005

00247

Duties and Responsibilities:

Performs research or other professional work in the formulation and direction of foreign affairs or in the study and disposition of information bearing on international relations.

Independently develops individual segments of a program; performs professional work directly in support of monitoring, evaluating, and promoting compliance with program requirements. Assists in providing guidance to others in evaluating a program or programs. Provides background information and alternative solutions for dealing with emerging issues related to portions of a program.

Performs work in the collection, analysis, evaluation, interpretation, or dissemination of information of political, economic, social, cultural, physical, geographic, scientific or military conditions, trends, and forces in foreign and domestic areas, which affect national security. Draws pertinent inferences from the analysis and evaluation of collected information. Inferences are in keeping with the requirements of officials responsible for planning or for making policy decisions. Analyses reflect a global or regional perspective from a social, political, economic, geographic and political-military viewpoint.

Receives and reviews data from various documents, reference books, periodicals, newspapers, reports, photographs, and other forms of communication. Evaluates incoming reports and information and arranges for and participates in briefing and debriefing of attaches and others returning from, or undertaking, foreign travel, assuring that all interested parties are represented and that all points are covered. Assumes intelligence and law enforcement analytical responsibility for a specifically defined regional or functional area.

Classifies, catalogs, and stores data for use in future intelligence research. Validates data for the purpose for which it is being used. Recognizes and attends to significant gaps in data. Develops interpretations and projections to close significant gaps under the guidance of senior specialists or the supervisor. Stores information of less immediate concern for future reference.

Facilitates the intelligence process. Facilitates dissemination of finished intelligence reports or other intelligence and law enforcement information. Assures that the information reaches not only organization requesting the information, but also all others in the intelligence and law enforcement community who may have an interest in the reports such as DIA, NSC, FBI, CIA, NSA, and overseas missions. Maintains direct contact with these intelligence specialists and with others in other local, state and federal law enforcement agencies.

Responds to request for data, deciding how best the data may be acquired. Considers the sources available for obtaining the data, and weighs the

Affidavit C
Page 38 of 164

relative importance of the information to the research reports against the cost of acquisition. Assess the cost of information both monetarily and in terms of potential compromise of sources.

Serves as Department's principal intelligence officer on inter-agency and inter-government task forces dealing with major National Special Security Events (NSSE) such as the Olympics, NATO Ministerial, World Trade Organization, and annual United Nations General Assembly, often requiring analysts to go TDY for extended periods of time to countries where these events are held.

Serves as intelligence advance officer in support of the Secretary of State overseas travel. Interacts with foreign government intelligence and law enforcement personnel.

Factor 1-7 Knowledge Required by the Position 1250 Points

Knowledge of the theories and principles of political science, international relations, economics, history, geography, or other related disciplines applied in analyzing and evaluating factors and conditions involved in the administration of U.S. foreign policy programs.

Knowledge of research methods and techniques to validate, analyze, evaluate, and interpret information derived from a wide variety of sources.

Knowledge of current U.S. foreign policy objectives and programs to discern the relevancy and assess the implications of social, political, economic, geographic, and military issues, developments, and events affecting the formulation and execution of U.S. foreign policy.

Knowledge of U.S. foreign affairs information sources, processes, and organizations in order to apply the full range of available information resources and capabilities in supporting the needs of the Department for timely and relevant information.

Knowledge of State Department goals, objectives, programs, and relationships to provide analyses that are responsive to the specialized requirements of the Department.

Knowledge of one or more geographic or functional specialty areas sufficient to identify, analyze, and evaluate the foreign policy implications of issues and developments related to those areas.

Ability to plan, initiates, organize, and coordinate activities to accomplish assigned responsibilities through the effective and efficient use of available resources.

Ability to establish liaison with analysts and officials throughout the foreign policy and intelligence communities to promote the exchange of information vital to both spheres of operation.

Skill in oral and written communications to prepare and present analyses, to provide advice and guidance, to solicit information, and to defend and negotiate positions.

Factor 2-4 Supervisory Controls 450 Points

The incumbent reports directly to a supervisor who exercises general control over the work of the position by establishing the overall objectives for the assignment area and by communicating relevant policies, and priorities established at higher-levels. The incumbent operates with a high level of independence in planning, organizing, and carrying out assigned responsibilities, including defining project objectives and requirements, initiating contact and coordinating activities with other organizations, and providing expert advice and guidance directly to senior officials outside the Bureau. The incumbent identifies, defines, and addresses virtually all problems and issues that arise without involving the supervisor. Matters brought to the attention of the supervisor are generally those requiring the intervention of higher-level officials. The incumbent's efforts are evaluated based on the accomplishment of the overall objectives established for the position, especially the responsiveness of analyses to the needs of the policy making organizations and effectiveness in developing relationships within the foreign affairs community.

Factor 3-3 Guidelines 275 Points

Guidelines consist of research principles and methods, U.S. foreign policy goals and objectives, standard operating procedures, analytical methods, and precedents. Although guidelines can be applied to most assignments, the incumbent is required to adapt and interpret established methods and precedents in order to meet the specific requirements of individual assignments. The incumbent exercises judgment in selecting appropriate methods for assessing the validity, relevancy, and significance of information, and in deciding on the most effective approaches for establishing relationships within the U.S. foreign policy and facts in hand.

Factor 4-4 Complexity 225 Points

The assignment involves receiving, acquiring, validating, and processing of information from a variety of sources to produce timely, relevant, and informative analyses. The work requires the use of diverse methods and approaches. The employee differentiates biased from unbiased information and arrives at a balanced and clear presentation directly useful to a policy official. The subject

matter is multi-faceted, interrelationships are unclear, and data are conflicting or incomplete.

Factor 5-3 Scope and Effect 150 Points

The purpose of the work is to review and analyze information and to identify, assess, and report on matters significant to the development and execution of U.S. foreign policy. The scope of functions performed by the incumbent is extensive and includes receiving and processing information, developing written analytical products for the attention of policy makers and analysts in other Government agencies, establishing relationships in both the policy and implementation communities, and preparing and participating in briefings, meetings, and conferences involving important foreign policy issues in the assignment area. The incumbent's efforts to provide relevant, informative, and timely analyses to policy organizations provides the basis for Department policy makers to decide on a position or course of action.

Factor 6-3 Personal Contacts 60 Points

Maintains contacts with counterparts in other local and federal intelligence and law enforcement organizations to keep abreast of current developments, to resolve problems, to eliminate duplication, and to provide free flow of information on matters of intelligence and law enforcement interest. Carries out personal coordination and liaison with counterparts and colleagues throughout the intelligence and law enforcement community and private sector. Additionally, contacts consist of working with White-House officials, members of Congress, Executive Level officials, and other high-ranking personnel.

Factor 7-2 Purpose of Contacts 50 Points

Participates on a working level in interagency conferences and meetings concerned with coordination and planning or projects and establishes mutual working relations with counterparts. Performs liaison functions with other· intelligence and law enforcement organizations. Is not the major official channel of communication between the organizations but is responsible for effective presentation of each organization's needs in specific cases and for establishing harmonious working relations with counterparts.

Factor 8-1 Physical Demands 5 Points

The work is sedentary and is usually accomplished seated comfortably at a desk. Some walking and some travel away from the work site are required. No special physical effort or ability is required to perform the work.

Factor 9-1 Work Environment 5 Points

The work environment includes the array of risks and discomforts normally found in offices, conference rooms, libraries, and similar settings. Constant use of computer system may cause some discomfort. Common sense safety precautions are observed. There may be intermittent exposure to varied weather conditions when traveling to and from the work site.

Other Significant Work:

The Sensitivity Level of the position is Special-Sensitive. The work is performed in a Secure Compartmentalized Information Facility (SCIF). Incumbent must be eligible for and maintain appropriate clearance requirements. This position requires frequent travel. Additionally, consultation travel to diplomatic posts rated high and critical for crime and political violence are required.



# Applicant Listing Report

**Organization :**  Civil Service Personnel-Civil Srvc and Iraq Jobs

**Department :**  Bureau of Diplomatic Security

**Announcement Number :**  DS-2009-0113

**Staging Area:**  SA-CSP-0001

**Ranking :**  Veterans Preference

**Grade :**  11

| Name | Score | Vet Type | Status |
|------|-------|----------|--------|
| ROBERT BREITMAN | 103.72 | ▬▬ | RFNS |
| MARY EHRHARD | 100.31 | ▬▬ | RFNS |
| GRACE KANG | 100.00 | NV | RFNS |
| TIMOTHY MAZZARELLI | 100.00 | NV | RFNS |
| CHRISTOPHER DEUTSCH | 99.70 | NV | RFNS |
| BILL BRADFORD | 98.52 | NV | NR |
| VALERIE HACKER | 98.11 | ▬▬ | NR |
| BRIAN MAZANEC | 97.97 | NV | NR |
| JEFFRY STOVALL | 97.63 | ▬▬ | NR |
| HORACE CRENSHAW | 97.59 | ▬▬ | NR |
| GUILLERMO VEGA | 97.42 | ▬▬ | NR |
| WILLIS REEVES | 97.19 | NV | NR |
| CHRISTOPHER HOLBROOK | 96.84 | NV | NR |
| JOHN NANGLE | 96.74 | NV | NR |
| JOSEPH LOGSDON | 96.05 | NV | NR |
| SEAN EVANS | 95.90 | NV | NR |
| STEVEN GOLDBLATT | 95.81 | ▬▬ | NR |

| Name | Score | Vet Type | Status |
|------|-------|----------|--------|

Affidavit  C
Page  55  of  164

| Name | Score | Vet Type | Status |
|------|-------|----------|--------|
| MICHAEL MUSTAFAGA | 95.68 | NV | NR |
| ASSAAD EL HAGE | 95.52 | ▬ | NR |
| JOSE MENENDEZ | 95.52 | ▬ | NR |
| KEVIN TONEY | 95.41 | CPS | NR |
| BLAIR BARNES | 95.26 | NV | NR |
| THOMAS SMITH | 95.22 | ▬ | NR |
| PAUL LEVITAN | 95.06 | NV | NR |
| ROBERT LAWRENCE | 94.94 | NV | NR |
| KENNETH KOSAKOWSKI | 94.88 | ▬ | NR |
| ADAM MENDELSON | 94.76 | NV | NR |
| KRISTEN CORDELL | 94.64 | NV | NR |
| RAZAK DOSUNMU | 94.57 | NV | NR |
| JEFFREY KRAMB | 94.38 | ▬ | NR |
| MICHAEL BROSTROM | 94.37 | XP | NR |
| RICHARD MONTPELIER | 94.15 | NV | NR |
| SHAWN DANOFF | 94.07 | NV | NR |
| PHILIP DENINO | 94.07 | NV | NR |
| JOSEPH MIGLIORE | 94.03 | CPS | NR |
| EDDIE TSIBULEVSKIY | 93.83 | NV | NR |
| BRIAN CULLEN | 93.78 | NV | NR |
| BRIAN BRERETON | 93.70 | NV | NR |
| MARTIN DUBBS | 93.68 | CPS | NR |
| GARY MORRIS | 93.57 | ▬ | NR |

| Name | Score | Vet Type | Status |
|------|-------|----------|--------|
| SERGIO COSTA | 93.53 | NV | NR |
| MIRANDA JOLICOEUR | 93.53 | NV | NR |

Affidavit C
Page 56 of 164

| Name | Score | Vet Type | Status |
|------|-------|----------|--------|
| ROBERT WOODSON III | 92.73 | | NR |
| CHRISTOPHER RAY | 92.49 | NV | NR |
| ANDREW MASLOSKI | 92.47 | NV | NR |
| DAVID KAY | 92.40 | NV | NR |
| QUENTIN MELSON | 92.35 | NV | NR |
| COLLEEN PEPPARD | 92.00 | NV | NR |
| NATHANAEL WHITWORTH | 91.93 | NV | NR |
| CHRISTOPHER CARR | 91.86 | | NR |
| AICHA LAHLOU | 91.70 | NV | NR |
| KILEY TAHARA | 91.70 | NV | NR |
| JEFFERY SHAFFER | 91.63 | NV | NR |
| SEAN STEVENS | 91.62 | | NR |
| TED SAXERUD | 91.60 | NV | NR |
| MICHAEL CASEY | 91.54 | | NR |
| MICHAEL MALYSHEV | 91.46 | NV | NR |
| LUIS RIVERA | 91.28 | NV | NR |
| JASON COUDEN | 91.15 | | NR |
| DIANA REINHART | 91.13 | NV | NR |
| SANDRA JONES | 90.81 | NV | NR |
| BENJAMIN BRANDT | 90.62 | NV | NR |
| MAIJA HARKONEN | 90.57 | NV | NR |

| Name | Score | Vet Type | Status |
|------|-------|----------|--------|
| JORGE BENITEZ | 90.49 | NV | NR |
| FRED ODISHO | 90.48 | | NR |
| FARZIN FARZAD | 90.37 | NV | NR |
| MARY OLINGER | 90.37 | NV | NR |

| Name | Score | Vet Type | Status |
|------|-------|----------|--------|
| PHILIP PRATT | 90.32 | NV | NR |
| CELESTE MAYHEW | 90.23 | █████ | NR |
| MICHELLE WHALEN | 90.17 | NV | NR |
| RUDY GHARIB | 89.93 | NV | NR |
| EILA SEPULVEDA | 89.88 | NV | NR |
| ALICE BEAUHEIM | 89.85 | CPS | NR |
| ROBERT SMITH | 89.85 | NV | NR |
| JOSEPH REID | 89.78 | NV | NR |
| ROBERT SOLO | 89.70 | NV | NR |
| PIUS AMBE | 89.60 | NV | NR |
| JOSEPHINE RUSSO | 89.56 | NV | NR |
| SEAN MCNABB | 89.51 | NV | NR |
| LISA PETZOLD | 89.48 | NV | NR |
| ANTHONY SEBASTIANO | 89.41 | CPS | NR |
| AARON ADAMS | 89.38 | NV | NR |
| ALVIN ALLEYNE | 89.35 | █████ | NR |
| DOROTHY CHEN | 89.31 | NV | NR |
| MARIANNA SUBERT | 89.28 | NV | NR |
| JAY KRASNOW | 89.23 | NV | NR |

| Name | Score | Vet Type | Status |
|------|-------|----------|--------|
| RAFAEL FRANKEL | 89.04 | NV | NR |
| HEATHER YOUNG | 89.04 | NV | NR |
| RYAN DENNIS | 89.03 | █████ | NR |
| KARLA MARSHALL | 88.80 | █████ | NR |
| JONATHON OLDMIXON | 88.79 | NV | NR |
| BRIAN WARD | 88.68 | █████ | NR |

Affidavit  C
Page  58  of  164

# Exhibit 3

# Peter Graves Ongoing Discrimination Case (Response From State Department to Exhibit 2)

**UNITED STATES OF AMERICA
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Peter Graves,                                     )
     Complainant,                           )
                                )          EEOC No. 570-2010-00301X
     v.                                          )          Agency No. DOS-F-079-09
                                )
Hillary Rodham Clinton, U.S. Department  )
of State,                                         )          AJ: Kurt Hodges
     Agency                                  )          Date: October 7, 2010
                                )

### AGENCY'S REPLY TO COMPLAINANT'S OPPOSITION TO
### NOTICE OF INTENT TO ISSUE DECISION WITHOUT A HEARING

On September 1, 2010, the Administrative Judge (AJ) issued a Notice of Intent to Issue

Decision without a Hearing (Notice) in this case. Complainant was directed to file any

opposition to the Notice with the EEOC by September 22. Complainant submitted to the EEOC,

among other recent correspondence, a letter dated September 22 and apparently faxed to the

EEOC that same day. Complainant's various responses, shorn of their rhetoric, complaints about

the EEO process, and self-serving statements, reduce to a theory that he was discriminated on the

basis of disability because the individuals who scored higher than he did all received veteran's

preference points, while he was given no points for being disabled. As explained below, the

EEOC has rejected similar arguments. Complainant has not presented any specific facts that

would prevent summary judgment for the Agency. Accordingly, a decision without a hearing is

appropriate in this case.

### BACKGROUND

Upon learning that he had not been selected for a GS-11 or GS-12 Foreign Affairs

Officer position for which he had applied, Complainant alleged that his non-selection was due to

his race (Middle Eastern); religion (allegedly perceived as Muslim, although Complainant

1

identifies himself as Christian); national origin (Iranian) and disability (Complainant submitted

information to the investigator indicating that he has a physical condition). *See* Issues to Be

Investigated.

The Notice stated, among others, the following facts as undisputed:

- There were 90 applicants for the GS-11 Foreign Affairs Officer position who, based on answers to the self-assessment questions and veterans preference points, scored higher than Complainant; and 26 such applicants for the GS-12 Foreign Affairs Officer position (Undisputed Fact 2)

- No applicants were selected for an interview who received scores lower than Complainant (Undisputed Fact 4)

The Notice directed that if Complainant opposed summary judgment, he must come forward

with specific facts disputing (1) the Agency's legitimate non-discriminatory explanation for

Complainant's non-selection and (2) the apparent lack of evidence from which to infer that

Complainant was not selected due to discrimination.

### COMPLAINANT'S OPPOSITION

Complainant has sent the AJ a number of letters since the Notice, including a September

20, 2010 letter addressed to the AJ and others; an undated letter addressed to the AJ, apparently

mailed on September 21, 2010; and a longer letter addressed to the AJ dated September 22 (the

Opposition). Because of the number and overlap among Complainant's numerous recent filings

with the AJ, this Reply will focus on the Opposition. Complainant alleges two related theories of

disability discrimination: first, that, as a disabled individual, he lost out on the opportunity to be

a veteran and thus benefit from a veteran's preference, which was a dispositive factor in his

nonselection; and second, given that veterans were given points, so should he have been, as a

disabled individual. In his Formal Complaint, Complainant alleges that "[t]esting did not have

'disability scoring' and it was designed to discriminate against the disabled as well, because the

2

disabled are least likely able to be in the position to gain 'veteran points.'" Formal Complaint at

4 (emphasis in original). He now asserts:

> The Plaintiff being one of top candidates was not selected for the interview.
> Other candidates that scored lower than the plaintiff received their 'veteran
> points' and scored higher than the Plaintiff. The Plaintiff was refused (disability
> points) in the application process . . . . Either you have points or you don't have
> points. You can't give a group of people points and refuse the other not [sic].
> Especially when those points effects [sic] the other group.

Opposition at 2 (Dispute ¶¶ 4, 5).

## ARGUMENT

Much of Complainant's various responses to the Notice are comprised of rhetoric,

complaints about his treatment by the EEO process, and self-serving statements. None of these

is grounds to deny summary judgment. In opposing summary judgment, a non-moving party

may not rest upon his pleadings or allegations, but must "set forth specific facts" from which a

rational trier of fact could find in his favor. *Celotex Corp. v. Catrett*, 477 U.S. 317, 324 (1986).

In particular, Complainant's repeated expressions of unhappiness with his treatment during the

EEO process (whether aimed at the Agency, the investigator, or the EEOC) fail to state a claim.

*See* 29 CFR § 1614.107(a)(8).

Complainant cannot prevail on his disability claim. First, he cannot make out a claim of

failure to provide a reasonable accommodation because it is undisputed that the Agency did not

know he was disabled. A complainant cannot prove that he was discriminated against on the

basis of a disability of which the agency has no knowledge. *Henderson v. White*, EEOC DOC

03A10081, 2001 WL 1097356 * 1; *Ong v. Runyon*, EEOC DOC 01932512, 1994 WL 1754314 *

4. Complainant concedes that the application did not ask him if he was disabled. Opposition at

18 ("Question (1): Was (Plaintiff) asked during the examination that he had a disability?

3

Answer: No."); EEO Affidavit (ROI Tab A0 ¶ 11 (the process never bothered to ask him if he was disabled).

Nor can Complainant prevail on a disparate treatment theory. According to Complainant, he suffered discrimination because, unlike veterans, he was not accorded points because of his disability. Summary judgment is appropriate when a complainant who alleges disability discrimination was not selected for a job because the selectees were given higher scores due to their veteran's preference and disability ratings. *Gatling v. Shineski*, EEOC DOC 0120073288, 2009 WL 507435; *Eyman v. Kempthorne*, EEOC DOC 0120063738, 2007 WL 4480868. In *Gatling*, the complainant alleged disability discrimination when she was not placed on a candidate referral list for a position because the agency received a number of preference-eligible applicants, including disabled veterans. 2009 WL 507435 at *3. Because the complainant offered no evidence of pretext and did not present any information to suggest that the agency's actions were motivated by discriminatory animus, summary judgment was appropriate. *Id.* at *3-4. In *Eyman*, the Complainant's rating score was too low, relative to the scores of disabled veteran applicants, to be eligible for a position. The complainant alleged sex, national origin, and disability discrimination for his non-selection. The EEOC upheld the administrative judge's decision to issue a decision without a hearing because the complainant had failed to present evidence that disputed the agency's rationale for its selection, that because the complainant did not have a veteran's preference, he did not get the job. 2007 WL 448068 at *3. The EEOC found that "there is no precedent which states that an applicant for an agency position is the victim of discrimination if he does not receive a veteran's preference." *Id.*[1]

---

[1] In *Eyman*, the administrative judge issued an order to show cause why the case should not be resolved without a hearing, 2007 WL 448068 at *1, which is the same mechanism as the AJ has used here with the Notice.

Complainant's disability claim is foreclosed by *Gatling* and *Eyman*. Being a non-veteran is simply not a protected basis under Title VII, the Rehabilitation Act, or any other federal EEO statute. It is unfortunate that Complainant (as he alleges) has a physical condition that prevents him from being a veteran, but that circumstance does not provide the basis for a cognizable discrimination claim.

Complainant's failure to point to any evidence to dispute the Agency's rationale for not selecting him – other individuals scored higher than he did, with veterans receiving higher scores due in part to their preferences – dooms his race, religion and national origin claims. The Agency's stated reason why Complainant was not referred for an interview is both legitimate and non-pretextual. In particular, the Agency's stated reason why Complainant was not referred to the selecting official has consistently been that other applicants scored higher than Complainant on the self-assessment, and that veteran's preference points were also added when applicable. The vacancy announcement itself plainly states that applicants' answers to the self-assessment questions would "be automatically rated and ranked." ROI Tab C at 19. Further, the announcement explains how to obtain points for a veteran's preference. *Id.* at 21. Complainant was informed by email that "[b]ased on your responses to the self-assessment questions, you were found eligible for this position; however, you did not rank high enough to be referred to the selecting official." Affidavit of Janice Mason (Tab C) at 77 & ¶ 19. *See also* Graves Affidavit (ROI Tab A) ¶ 38 (reason given was that he "did not score high enough"). During the counseling process and the investigation, the Agency continued to give the same reason why Complainant was not referred to the selecting official. *See* Counselor's Report at 9; Affidavit of Mary Kelley (ROI Tab B) ¶ 12; Mason Affidavit ¶ 12.[2] No one with a lower score than

---

[2] Being referred to the selecting official would not necessarily have led to Complainant's being hired. None of the five applicants who was referred to the selecting official for the GS-11 position was selected for that position. Tab

Complainant was referred to the selecting official for either the GS-11 or the GS-12 position. Kelley Affidavit ¶¶ 24-25. Mason Affidavit ¶¶ 24-25.

Complainant does not dispute this fact or the fact that a number of individuals received a higher score than he did – two of the facts that the AJ identified as undisputed – except to the extent that he allegedly should have received points for being disabled. As discussed above, that theory fails. Complainant has provided no evidence to dispute the Agency's statement that the hiring system graded the applicants on the basis of their answers to the self-assessment questions, with veterans obtaining additional points. Indeed, as discussed above, Complainant attempts to attack this system as unfair.[3] Complainant contends that his application provided information that identified his race, national origin, and perceived religion (due to his original name, Rasoul Rahimi). But given that the first cut on selection was made through an internet-based system on the basis of scores on the self-assessment questions, plus veteran's preference points, there is no reason to believe that the system discriminated against Complainant on any prohibited basis. Complainant offers nothing other than his assertions to the contrary, and that is not enough to withstand summary judgment.

---

C at 52. Indeed, no one was selected from the announcement that led to Complainant's application. Kelley Affidavit ¶ 20; Mason Affidavit ¶ 20.

[3] Complainant asserts that the Agency has contradicted itself about the Rule of Three because, in fact, five applicants were referred to the selection official for the GS-11 position. Opposition at 16. In fact, Human Resources Specialist Mason informed the EEO Counselor that the Rule of Three permits five individuals to be referred to the selecting official when there are two positions to be filled. Counselor's Report at 10. In any event, whether there were five applicants referred or three, Complainant did not make the cut.

## CONCLUSION

For the reasons set forth herein, as well as in the Notice of Intent to Issue Decision without a Hearing, the Administrative Judge should grant summary judgment in the Agency's favor.

Respectfully submitted,

Henry Azar Jr.
Office of the Legal Adviser (L/EMP)
Room 5425
U.S. Department of State
2201 C Street, NW, Rm. 5425
Washington, D.C. 20520-6419
(202) 647-74522 (tel.)
(202) 647-6794 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Reply was sent on October 7, 2010, by email to Complainant Peter Graves at petergraves3@gmail.com.

Henry Azar Jr.

7

# Exhibit 4
# Peter Graves on Going Discrimination Case (Peter Graves's response to (Exhibit 3) State Department

(Response to Defendant)

Dear Judge Hodges,

Still I want a new judge. I believe that because of my ethnicity I will not receive a fair hearing in your courtroom.

Plaintiff can prevail on his disability, ethnic, and religious claim:

The Statement provided by the defendant has no grounds in "Fact", but instead is centered in mismatching facts based upon inconsistency in logical argumentation.

The defendant is using "trickery" of law to avoid legitimate legal argumentation. The defendant is covering not offering facts, and is avoiding questions for response.

Fact 1:  Plaintiff (being me) was only arguing in favor for equal "hearing" rights. The purpose and intent of this letter is for the judge not to issue non-discovery of facts, while facts very much exist. The Plaintiff being me asserts that the judges of the case is not a fair mediator or judge between parties given the Defendant bends the evidence and the judge seems to rule with "Defendant" no matter what evidence is presented to this court. Short of someone screaming at the Courthouse that "I discriminate" will this court take notice or pay attention to other available evidence. It's not appropriate to "write summary judgment" against me, when again the "Defendant" has not yet to dispute one fact being presented before them. The Defendant changes the fact to suit it's purpose. Nothing more than that.

Fact 2:  Establishment of evidence as the Defendant wishes that we agree on is not the case. For example, The Defendant states that the Complainant does not dispute that they were a number of applicants that scored higher than he did". Yes. But I do dispute that the number of applicants interviewed scored lower than me on the exam, if the process would have been equable. The Defendant is making an assumption that stated cases of veteran points and disability points are the same! The agency is actually stating that the EEOC court has allowed for veterans to score higher than that of disability points that the court states that agencies can exclude disability points from the examination process in lieu of having a low recruitment ratio. (read the argument) How? By not mentioning recruitment ratios. *By not stating the actual full complaint* and than framing the compliant: "veteran" vs. "disabled" the defendant purposely confuses the issues of amount hired to a game of let's make this about "veteran vs. disabled" to suit it's own self-serving purposes. For example we need a credible exam from outside and than compare that exam to the standards being administrated by the defendant. Let's take the SAT. Is the Defendant asserting that if any person scored third on the SAT's in the entire nation should not gain entry to Yale? The answer to this question under the yale/ SAT system is a definite yes, but the under the Defendant answer the reasoning would be: Yes. No. Maybe.  Why would I consider the argument above equal to scoring of SAT in applying to Yale? Because the defendant is requiring that their point system is valid to that of a SAT Score System. The difference the defendant has the power to include points at anytime or anypoint in the examination, in a framework of a SAT score. Yale has similar criteria to that of scoring in an exam, where one will rank, and based upon the ranking such as SAT scoring would be placed up for consideration, similarly this exam also has a ranking criteria, the difference is SAT is absolute with no advantages for veterans or the disabled, while this examination ranking has also a 5%-10% difference in scoring criteria, unlike a SAT score that is absolute, this examination fits a "Yes, No, Maybe pattern".

Yes- For the Defendant means it gets to administrates it's point as it sees fits.
No- it means that only applicants that it see as credible get the points.
Maybe- is providing an examination with no space to apply.

(1)

While the agency states that "veteran" points are being administrated by virtue of process, ultimately it's at the agency discretion on where these valuable points apply and how they are applied. The beauty of a SAT exam is the rules to the exam are universal, but because this exam "points" can be used as means to separate candidates. Logically the EEOC and the Defendant does not have the right to TREAT it's exam as the same to a SAT exam, because it's not being administrated as the same. Those EEOC cases mentioned by the Plaintiff were wrong to conclude that the standard of "Veteran" and disability are the same, because it applied to status of two separate groups not administration of an examination. I am applying this to the standard of administration of examination not being in a group. Furthermore the cases offered by the Defendant do not apply to this case, because the Plaintiffs in those cases did not score in the top three rankings such as I did with disability points.

This is a public position. For the Defendant in scoring (from available evidence) becomes relevant when somehow it fits into their "religious/ ethnic-social cultural" category. When the Defendant chooses to use words that I cannot use "reasonable accommodations" as means to establish law he is saying "reasonable accommodations" are appropriate only to his brand of accommodation. Why do we have "reasonable accommodations" in the first place? We have reasonable accommodations so person such as myself is able to compete. It is reasonable to ask for a competitive exam? There is no "Maybe. Yes or No". "Yes, No. Maybe" is not a valid argument for some people to earn points and for some people not to earn the points. The argument sought by the defendant is ludicrous. Because unlike SAT the defendant very much gets to say "yes, no, or maybe" to the candidate on the basis of social-economical (race/religion) status not blind "point" status as it claims, my evidence is the number of the applicants and whom gets to apply for points and whom doesn't, and the failure of the defendant of providing the number applicants hired both in religious/ ethnic and disability setting within the classification of Foreign Affairs Officer.

So Correction: I can use "reasonable accommodations" and I interrupt "reasonable accommodations" to mean when I am setting over the application I should have the same chance than everyone just like I would have in a SAT, by evidence of the defendant's workforce and current exam that this is not the case, because let's face it: The Defendant is too good for the law. I interrupt that certain groups get to apply under the "veteran" category while other people with disabilities NEVER get to apply, resulting in a very low recruitment ratio for people with disabilities.

*Does the defendant have a right to offer non-competitive a public position while recruiting zero to a few of people with disabilities, and establishing process procedural that the probability that people with disabilities will never score into the first three ranks is ZERO?*

*Why have the law? Why not just allow the State Department to do what it pleases? Laws.. Don't pertain to the State Department, and this court is selective to what laws apply to them. But I say, "Oh. Yes. It does apply to you. ". Let me state this for the record I am willing to take this to a jury and argue for my rights. Let a jury interpret the law and the State Department actions. I welcome a jury trial.*

*The Defendant is applying a high degree of fallacy to his argument claiming that "certain points" are made available to some and others not. Where the Plaintiff is claiming that "veterans" are not a protected category, and even if by law they were a protected category, the process makes people with disabilities not to be able to score into the top three positions. As proven from above about the defendant actions do not meet the definition of reasonable accommodation and goes against logic that the defendant is applying points as it would a SAT exam, because it's not, and the court to simply state,*

(2)

*"That is not in charge of veteran points fails to recognize, it's not the veteran points being discussed but the manner that the examination is being conducted. In Enyman key words: That Eyman did not score high enough. I scored high enough. I scored approximately scored below the second ranking candidate in grade 12. Therefore Eyman case does not pertain to the facts of this case.*

Fact 3:  The Plaintiff is not arguing that veterans preference is the criteria on to which was hired, while certainly the RESULT of not allowing people with disability seemed to shift exclusively in favor of ONE group of people that specifically it states in ADA law this action is highly illegal. The Plaintiff is citing available law that pertain in the complaint that the Defendant has chose to ignore, and is also stating that plaintiff's is suffering from a "separate but equal" system created by Defendant actions. Plaintiff is arguing that having two point different point "systems". ONE the regular point system and the second being a system with "additional points"  that can be used to  discriminate by defendant is not  equal. In  "Brown Vs. Board of Education" the court states, Their opponents, just as certainly, were antagonistic to both the letter and the spirit of the Amendments and wished them to have the most limited effect. I am arguing that the State Department wishes to limit the effect of the ADA law, Civil Right laws, and my Constitutional Guarantees. How? By creating a caste system in scoring. ***What others in Congress and the state legislatures had in mind can be determined with any degree of certainty.*** *The intent of the  law: Congress and State Legislatures across the country DO NOT offer variety of point systems for some and others not.* What makes the State Department so special? The "fantasy land" that the State Department lives in that on principle it offers a so called opportunity for people with disabilities to compete, but in practice it does the opposite. The evidence is the "exam" and how nobody with a disability scored on it, than they claim that Defendant did not state, rather or not he had a disability! Well... Yeah.. I did not state that., because the exam banned me from stating it. What the Defendant forgets is that Henderson Vs. White  is a double edge sword. Sure. The State Department had no way of knowing that I had a disability: would that mean after the fact of scoring (if they had given me my due points) they would have taken it from me? How can I be excepted to compete if the "defendant" being the state department doesn't ask? And  furthermore my evidence is that despite not recruiting people with the disabilities into it's foreign affairs officer workforce the State Department still does not ask for the disability documentation, and further erodes my chances to employment. Asking for "exam accommodations" is not the same as to having a disability. What the Defendant is leaving out: is the question that was not asked if I had a disability, but it was to ask rather or not I needed accommodations at the exam! Oh.. Sure. I need one accommodation from the State Department: Give me a fair exam to compete in. Who would have known that I would have to write that in just to get a fair examination. Any reasonable person would say the same thing. But the "gross negligence" doesn't stop there: Oh it gets better. Because the exam is in screens at the beginning it asks you rather or not you need accommodations and than at the end the exam asks to provide some "veteran form number" without asking for disability documentation in effect making the applicant believe that disability points should not be administrated to the exam or worse not be able to compete at all on the exam. Why? The applicant is made to believe that special  forms are required, because is placed under false illusion by the assumption of the plaintiff that  some special form is needed to be qualified on the exam to qualify for disability points, while the defendant doesn't mention a word about disability, in effect tricking the applicant (plaintiff) to "for-go" their points.  This is what happened to me.

Henderson Vs. White  case makes my case for me, having a disability can only be established once it's established by the plaintiff, but what if the defendant doesn't provide the means to state the fact and use "confusing" language and form numbers to mislead the candidate of it's point than there is no way the defendant could ESTABLISH one way or another that he or she has a disability. It's a fallacy to assume that the Defendant can not be held responsibility to know, but than to use the same principle not to

(3)

allow the defendant not to ESTABLISH one way or another if the applicant had a disability. The Court was perfectly clear in Henderson Vs. White that establishment of disability is a necessary component for reasonable accommodation through reasonable criteria, criteria that this court provides rather it be documentation that the defendant did everything in it's power to reasonably ensure that I could qualify for disability points or after it learned during the inactive process .The defendant failed at meeting the criteria of reasonable on the exam. Creating an exam that confused the Plaintiff into forgoing his points is by definition is UNREASONABLE. The evidence is the exam provided in the investigation report.

Fact 4: I fail to see the relevance between not being given disability points and veteran(s) exclusively gaining disability points. Is there different brands to discrimination? Let's see would I rather like to have Raisin Bran or Captain Crunch today? I am not claiming anything different than I did at the beginning of the process. Both is discrimination. Both places I was denied disability points due to the gross negligence of the State Department, so the context changed to better clarify the situation, does that make my argument less important? Opps.. Maybe I like to have some extra toasty discrimination today with some syrup on top. No Way. This is like saying that an invisible man caused my fall in a grocery market, when the floor was not mopped properly. Stick with the facts of the case. Don't make the "negligence" of the State Department be "Veteran" Vs. "Disabled person", where it failed to ask me for the points, so I could not compete against veterans.

Fact 5: The "no evidence" thing is starting to get boring. There is so much evidence that a mini novel could be written about it and there would be still some room for discussion. Gross negligence the State Department did not offer any cultural context setting related to the KSA of the job. Gross negligence the State Department did not provide disability point accommodations so I can compete in the exam. If the State Department applies disability to ANY of it's examinations why not to this one? Why is this one being excluded from the process? It would make the State Department argument that somehow in their fantasy world that disability points do not count as stupid, because it means points for one "Exam" is just as good for another, but the key thing here is the State Department wanted to create for this one exam to be non-competitive, and furthermore I fail to see where the State Department has even stated where it's exam is evenhanded or made the process competitive for people with disabilities in it's process. Show me where. I except the Judge of my case to ask the Defendant to show me where it was competitive.

Fact 6: If the law is self-serving to the Plaintiff being me. I am glad that the law is self-serving to me, because I enjoy my constitutional, civil, and ADA rights, however I barely can say this is the case. The law is there to protect my rights as well to that of the defendant. "Due Process", "Mediation on a timely manner and response", "asking for a fair screening process" is NOT self-serving concepts. The fact is the defendant throughout it's entire response has evaded basic questions being asked from them, and than terms them as "self serving". The law being interrupted by the defendant is certainly self-serving for them: not even wanting to ask for disability points.

Fact 7: The Plaintiff being me rejects the other arguments issued by the defendant. In other cases cited by the Defendant leaves out one important fact: "None of these plaintiffs scored within the three ranks AND was not provided space for documentation of the disability." The defendant misleads and misuses words of examination accommodation as the same to "equal opportunity" while not providing "background information" of "Veteran Points" and "Disability Points". Those cases ARE not similar to this case.
In this case, the Defendant is cited by "Plaintiff" to being "gross negligent" for not offering means to compete, where the Defendant negligence has created barriers to compete within the Foreign Affairs

(4)

Officer Classification. Furthermore the "Defendant" is in violation of the law when the agency has not offered data pertaining to how many people were hired with disabilities and ethnic origin within the classification. The Plaintiff being the lovable me ( I am sure lovable me is self-serving) says this, " THE DEFENDANT ALMOST NEVER HIRES PEOPLE WITH DISABLITIES AND NEVER PLANS TO HIRE PEOPLE WITH DISABILITIES OR CERTAIN ETHNIC BACKGROUNDS BECAUSE IT DISCRIMINATES.

Why have a "fair admission" procedures when the probability at the end is the SAME: I or anyone with disability will NEVER able to score in the top three positions. My evidence is the State Department not informing amount of people being hired with disabilities at the foreign affairs officer level.

Fact 8: The Vacancy announcement plainly states that the announcement would automatically rate and rank applicants. So what? That doesn't mean it can not discriminate. By working in questions associated with one background from one race and ethnic-social culture it can more likely choose from one background. I have a degree in Business and I know how examination(s) can be written to include certain qualities and traits over others, even effecting the job duties themselves in favor of discrimination as documented by the exam. This exam was one of those examinations written to exclude people with middle eastern and Muslim backgrounds.

But ironically the gentleman just admitted that the "exam" was scored on the spot, which means when the agency did not include the "space" for disability points to be administrated and verified, by virtue of process I was never considered to have a disability points to compete in this classification, and it was always assumed that by virtue of process I can never score in the top three positions!

Fact 9: The defendant deliberately created an exam that would not allow for people with disabilities to compete in a workforce setting. It is relevant to reasonable accommodation and screening procedures nested in ADA law (mentioned in my response to the judge), and than it claims that it's unfortunate that people he is not a veteran, because I claim I can not be a veteran during my lifetime. My apologies let me clear this up for the Court:

The Plaintiff is stating: That statistically during his lifetime he is going to be the bottom feeder of the State Department and will never have a chance to compete in the application process because of discriminatory procedures: separate but equal policies instituted by the State Department. I am stating that "Veterans" are not a protected category. I am. And this court should demand from the Defendant to provide evidence that in some snow ball in hell I have a chance to gain a job as a "Foreign Affairs Officer" in that capacity. Show me the evidence of how many people were hired before September 2009 in the Foreign Affairs Officer position. My current evidence is what the State Department likes to call a fair exam. If we are going to go by "default judgment" here my evidence is more credible than that of the State Department that has provided no evidence.

Fact 10: I can only assume that the "Defendant" not mentioning my religious and ethnic compliant is making the assumption that it's self-serving. Fair enough. The defendant is 100% correct on this manner. However I like for the Defendant to define it's version of self-serving and my version of self serving. This exam had to do with the security of our affairs overseas in particular the middle-east knowledge is critical to "security" threat response situations. On it's own Website the Department of State claims that "Cultural Interpretations" is critical to the mission statement of a "Foreign Affairs Officer", than why not offer it on this important exam? Why not? Because people with middle-eastern / Muslim backgrounds are not entitled to be a "Foreign Affairs Officer". Further evidence is the

(5)

defendant is not providing the number of how many muslims people background it employs. Expertise and Response is self-serving to me, and for the defendant discrimination is self-serving. So I welcome the term self-serving, because it's in favor of me doing an excellent job for the position.

Fact 11

What was the purpose of asking for others name if the determination for hiring was on the spot?

Let me state the purpose for the court: The purpose of asking for all names is because the State Department wanted to make sure everyone that scored in the "top three" positions were from their social-cultural background. Than they would use "Veteran Points" as leverage to weed out or select applicants, based upon their given criteria of discrimination.

EVIDENCE: ALL PEOPLE WITH MIDDLE EASTERN BACKGROUNDS SCORED LOWER THAN 90%.

ADDED BONUS TO THIS PROCEDURE THEY COULD CUT OFF PEOPLE WITH DISABILITIES POINTS FROM APPLYING AS IT CLEARLY SHOWS IN THE EXAM.

The State Department is NOT disputing that it asked for other names of applicants. If the selection is so blinded as it claims it to be why the need for other names in the first place?

SO AGAIN EITHER STATE DEPARTMENT IS CLAIMING THAT ON THE SPOT THE EXAMINATION IS SCORED OF WHICH CASE THE STATE DEPARTMENT IS EXCLUDING ME FROM MY DISABILITY POINTS OR IT'S NOT THAT WHICH CASE IS IT'S WEIGHING IT'S CANDIDATES BASED ON THEIR ETHNIC-SOCIAL BACKGROUNDS FOR AN AFTER THE FACT POINT SYSTEM.

Fact 12: The NON-MOVING party would have been the Defendant not the Plaintiff.

I had NO ADDRESS, OR MEANS to contact the defendant. Furthermore NEW EVIDENCE is appearing that I have just seen that the first time, when I was ruled against without my knowledge, because the State Department and this court incorrectly applied my argument of facts under Judge Collaze, and than continued to do so under Judge Hodges giving the Defendant an unfair advantage, where most of his facts are incorrect.

With Respect to the Court I am still waiting for the basic responses to my so called self-serving questions.

Respectfully please correct me when I am wrong:

I request from him some basic answers to this case.

The good gentleman has not provided me any evidence to dispute not one fact of my case, and is stating to me that I should not state the fact! If it was up to him he would call day, night and night, day. You can't do that. You can't state that the Plaintiff did not offer any evidence, when the evidence is plenty, and than turn around and call the questions asked self-serving. Come on. How can I administrator evidence, when the defendant sees anything he doesn't like as not evidence. Yes. I'll say this and I'll state it again. Not allowing me to give in my evidence as stated to the court in my opinion

( 6 )

would have to do with my ethnicity. Not the quality of evidence offered or interpretation of evidence, which is solid. Unless the defendant can change the rules of math he doesn't have a case when it comes to disability. When it comes to religion/ ethnicity the evidence is in the exam, and the number of applicants that scored above the 90% mark in both grade 11 and 12. Furthermore the Defendant is actually changing case law and mismatching facts. For example, He mentions two cases that actually supports my version, the judge of the case determined that the Plaintiff didn't score enough. In grade 12 I did! Gatling Vs. Shineski and Eyman Vs. Kempthron. These cases only apply if the I scored like I did in Grade 11, but I did not score that way in Grade 12. I scored within range to the other top candidates, and that is why his entire argument is simply bogus. If the exam was administrated equally; I would have scored in the top three positions. From day one I have stated to the agency that my application with disability points that because of their gross negligence failed to provide I scored within the top three and from day one they told me not so. I scored fair and square and they denied me my opportunity to compete, this is further evidence that the State Department was non-willing to work this issue out.

Almost every case he mentions actually works in my favor. You Judge Hodge claim that I should have substantive law in my case: My case is well prepared. Well spoken. The laws and rules are in black and white. Everything is there. The Defendant on the other hand does not have that or it's responses are inadequate to the charges.

The defendant is still not giving me what I am asking the amount of people hired with disabilities/ muslims before 2009?

I can't even hear an answer to the basic questions, and than you want to rule against me for non-availability of evidence, when the defendant has none, and the evidence he does have isn't fitted for a first year law student let alone this case. I don't blame him. It's not his fault. You can't make a lemon case that he has into a jewel, and that is what he is trying to do. The law is the law, and simply put he doesn't have a case to be made. I do.

On a lighter side of things:

It's also because I am a huge Washington National Fan. What does Baseball have to do with it? Everything. Baseball is more relevant to the facts being stated by the Defendant. At least in Baseball, Yankees winning can be a predictable outcome. Curse.. The Yankees. But in your court and establishment of facts I say one thing and the defendant says it's not evidence: How so?

When I say you didn't provide a space to me to include my disability points, the defendant says in it's arrogance of facts it's my right not to do so, because of a Henderson Vs. White case. Please: Henderson case didn't have to do with acknowledgment of having a disability points, but in "fallacy" theory or fact finding Henderson Vs. White case had everything to do with "ESTABLISHING" rather or not a person had a disability. How can the State Department ESTABLISH a disability when they don't ask, and offer a rather confusing- condescending way not to determine disability points. Shoot. The guy made my case for me that they determined the points on the spot, without me even able to compete. They set up an exam that people with disabilities could not compete.

Go ahead judge. Put your fallacy test against my argumentation. Mine is 100% more logical than that of the defendant's because it's the truth. His arguments even fails basic logical argumentation riddled with if this happen than this is the outcome, and if tomorrow I would win the lotto I would be in the tropics sipping on lemonade.

/7.\

A sample of his IF systems:

Such as if the plaintiff scored lower. But I didn't score lower. The evidence is there in black and white, when you include disability points, just like everyone else. I would gain the job.

Such as if the plaintiff is claiming that the Veteran Points was the reason for not being selected: this is portion of my case, and a it's valid reasoning, but that doesn't excuse the state department's behavior of excluding me from gaining disability points to fairly compete.  I also stated several times a phenomenon happened despite this obvious rigged process for discrimination I still scored higher!

If disability points are not validated, because disability points are not meant  to compete with veteran points. Why?

He completely leaves out:

The qualifications to the job duty and what was being asked in the exam, and there own website stating the importance of my evidence. Instead it's labeled as self-serving.

These are the questions I asked below.  I didn't hear an answer, but irrelevant non-scene. Such as self-serving, not scoring in the top three (a complete lie) if the exam was administrated equally I would have scored in the top three. If this is what you call "substantive law" judge than I win.

A) Why wasn't disability points provided to the examination process?

Answer I heard:

We are not obligated to follow ADA, it's not our fault that the Plaintiff didn't say he was disabled when we didn't provide anywhere on the application, other than to ask him if he had a reasonable accommodation or not, and oh yeah..we just happen to confuse his answering the questions, because from the goodness of our hearts, we didn't know that not including or asking for the disability would make him score lower, and we are saying he didn't score high enough, when in fact he did, but we are asking the court to let it slide, the laws of screening processes don't apply to us, and it gets even better we victimized this victim because he claims he didn't get veteran points, so how is it our fault that he is disabled, and not a veteran. Yeah.. We won't show him how many people are hired as disabled in this category, because again the laws don't apply to us. On top of this our scoring didn't effect his score, how can it?  We don't hire people with disabilities and make it a point not to hire people with disabilities.

My answer to the State Department:

You just made my argument for me. All the cases that you just mentioned these are YOUR OWN words. Plaintiff did not score high enough. Sorry for you: I scored high enough in grade 12, if the application process was equal.
ADA and Civil Rights do apply to you, and circumventing them in this manner is laughable. You can't change basic math. Under standard application process people with disabilities should compete fairly are given 5% to compete. This concept is applied universal.  Why would I a person with a disability not submit my "Schedule A" appointment to you? Because you NEVER placed a space for it, and made me believe on the application that I needed a different version of documentation at the bottom of the exam,

that I did not have. Only after the fact when I reviewed your examination did I understood what had happened, and you knew that would happen as well, because no one could apply with disabilities points on this exam, and now your switching the argumen to cover up your neglect, that it's me vs. veterans. How is this relevant for you not offering a space for my disability, especially when you have below average numbers in hiring in this classification. I suppose asking you to follow basic ADA law is self-serving now isn't it?

B) Why hasn't the State Department agency provided me and the court the FULL request of information asked from them?

Your Answer: Why should we respect you and the court. What he is asking for is "just" self-serving.

My answer to the State Department:

Because if they did that.. I would win entirely. It would seal the deal. Gross Negligence would be established, but trust me not providing me the evidence I need is the same as not hiring.

C) Why when I scored in the top three positions I wasn't provided an interview?

Your Answer: You did, and we are not denying it, but veteran points.

My Answer: I don't care about Veteran Points. Give me my job. You created an examination that no matter what I did I could not score in, even if I was the best candidate for the job, and I was.

D) Why is there different standards to what is required to be known by the exam such as analyzing newspaper articles, but the job duty is different?

Your Answer: None.

My answer to the State Department:

Expertise and Response is self-serving to me, and for the defendant discrimination is self-serving.

CONCLUSION:

The defendant has not disputed that with disability points I scored within the top five rankings, in fact it states and agrees that I did, but under it's criteria of yes, no, and maybe I did not. Such a criteria does not exist. Furthermore the Defendant does not dispute it's discriminatory examination process as well. I was discriminated against because of my race, ethnicity, national origin, religion, and disability:

FOR REASONS OF NOT PROVIDING ADEQUATE EVIDENCE AND ANY CREDIBLE SUBSTANSTIVE LAW, I HEREBY REQUEST FROM THE JUDGE:

FOR A NOTICE OF INTENT WITHOUT A HEARING ISSUED BY THE JUDGE AGANIST THE STATE DEPARTMENT. THAT RESULTS IN FAVOR OF THE PLANTIFF.

Thank You,

/4\

Peter Graves

P.S. To Mr. Azer:

AND THAT SIR IS HOW YOU HIT A HOMERUN. DOCUMENTATION, DOCUMENTATION, AND MORE DOCUMENTATION, WHILE YOU CAN'T PROVIDE A SHRED OF DECENT EVIDENCE AGANIST MINE. THE ONLY REASON YOUR LACK OF DOCUMENTATION AND EVIDENCE WOULD HOLD IS BECAUSE OF MY ETHNICITY PURE AND SIMPLE, AND I WILL PURSUE THIS MANNER TO THE END. YOU CAN BET ON IT. HOWEVER I AM OPEN TO NEGOATION.

$l \mid o$

# Exhibit 5

# EEOC Judge Hodges Final Decision –
# Without modification of "Undisputed Facts"



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Washington Field Office

One Noma Station
131 M St., N.E.
Washington, D.C.  20002
Suite 4NW02F
Washington, DC 20507
(202) 419-0710
TTY (202) 419-0702
FAX (202) 419-0739
1-800-669-4000

| | |
|---|---|
| Peter Graves, | ) EEOC No. 570-2010-00301X |
| Complainant, | ) Agency No. DOS-F-079-09 |
| v. | ) |
| Hillary Rodham Clinton, Secretary, | ) |
| Department of State, | ) |
| Agency. | ) |
| | ) Date:    September 30, 2010 |

## DECISION

### I.  Procedural History

This Decision is issued pursuant to 29 C.F.R. Section 1614.109(g) (2009).  Complainant filed a formal complaint of discrimination on or about November 3, 2009, alleging that he was subjected to discrimination in violation of the Civil Rights Act of 1964, as amended, 42 USC 2000(e), *et seq.*  (Title VII) and the Rehabilitation Act of 1973, as amended, 29 USC 791 et seq. (Rehabilitation Act).    A. Notice of Intent to Issue a Decision without a Hearing was issued on September 1, 2010.  Complainant filed an Opposition on September 22, 2010.  Based upon the undisputed facts, I find that it is appropriate to grant summary judgment.

### II.  Issue

Did the Agency discriminate against Complainant on the bases of his race (Middle Eastern), religion (Christian), national origin (Iranian) and disability (physical) when he was not selected for a GS-11/12 Foreign Affairs Officer position advertised under vacancy announcement number DS-2009-0113 on May 4, 2009? [1]

---

[1]    The Report of Investigation (ROI) indicates that Complainant alleged discrimination on the basis of his religion (Muslim).  However, Complainant attested in an affidavit that he provided to an EEO investigator that his religion is actually Christian (Methodist).

### III.   Undisputed Facts

1.      Complainant, Mr. Peter Graves, applied for the Foreign Affairs Officer, GS-11 position along with 510 other applicants and the GS-12 position along with 242 applicants.

2.      Based on scores assigned to the applicants' answers on the self assessment questions and Veterans preference points assigned, there were ninety applicants who scored higher than Complainant for the GS-11 position and 26 applicants who scored higher than Complainant for the GS-12 position.

3.      10 total applicants were referred for further consideration, five on the GS-11 certificate and five on the GS-12 certificate.

4.      No applicants were selected for an interview that received scores lower than Complainant.

5.      Complainant was not identified on the GS-11 or GS-12 certificate of eligible applicants for the position and he was not referred for an interview.

6.      Complainant was notified vie e-mail on May 4, 2009, that he had not been selected for the Foreign Affairs Officer position.

7.      On or about May 5, 2009, Complainant contacted an EEO counselor and alleged that his non-selection was discriminatory.   Complainant filed a formal complaint on or about June 18, 2009.

### IV.   Principles of Law

#### A.   Summary Judgment

    The EEOC's regulations on summary judgment are patterned after Rule 56 of the Federal Rules of Civil Procedure, which provides that a moving party is entitled to summary judgment if there is no genuine issue as to any material fact, and the moving party is entitled to judgment as a matter of law. There is no genuine issue of material fact where the relevant evidence in the record, taken as a whole, indicates that a reasonable fact finder could not return a verdict for the non-moving party. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1986); *Matsushita Elec. Indus. Co. v. Zenith Radio*, 475 U.S. 574, 587 (1986).  Where the evidence is merely colorable or is not significantly probative, summary judgment may be granted.  *Anderson*, 477 U.S. at 249-50.  Summary judgment is also appropriate where the party opposing summary judgment fails to establish a genuine issue of fact on an element essential to that party's case and on which that party bears the burden of proof.   *Celotex Corp. v. Catrett*, 477 U.S. 317, 322-23 (1986).

    The Commission has held that the following must be satisfied before an AJ can grant summary judgment:  1) the investigative record must be adequately developed; 2) there are no genuine disputes of material fact to be resolved at a hearing; 3) a decision can be rendered without the AJ making findings of fact; and 4) the parties have been afforded ample opportunity to engage in and complete discovery).  *See Petty, Jr. v. Department of Defense*, EEOC Appeal No. 01A24206 (July 11, 2003).

2

In a discrimination case, an employer can obtain summary judgment in one of two ways. It can demonstrate that the plaintiff's proffered evidence fails to establish a *prima facie* case, or in the alternative, the employer can present evidence that demonstrates a legitimate non-discriminatory reason about which the plaintiff does not create a factual dispute. *Mitchell v. Data General Corp.*, 12 F.3rd 1310, 1316 (4th Cir. 1995). Where the employer then comes forward with a legitimate explanation for its actions, the Complainant must produce specific, substantive evidence of pretext in order to avoid summary judgment.

### B.   Substantive Law

Without direct evidence, a Complainant alleging disparate treatment under Title VII must initially establish a *prima facie* case of discrimination. *St. Mary's Honor Ctr. v. Hicks*, 509 U.S. 502, 507 (1993); *Texas Dep't of Community Affairs v. Burdine*, 450 U.S. 248, 252-253 (1981); *McDonnell Douglas Corp. v. Green*, 411 U.S. 792, 802 (1973). A Complainant may establish a *prima facie* case of disparate treatment on the basis of a discriminatory factor by presenting facts that, if unexplained, reasonably give rise to an inference of discrimination, *i.e.,* that a prohibited consideration was a factor in an adverse employment action. *Furnco Constr. Corp. v. Waters*, 438 U.S. 567 (1978).

If Complainant establishes a *prima facie* case, the burden of production falls to the Agency to articulate a legitimate non-discriminatory reason for the challenged action. *Burdine*, 450 U.S. at 253-254; *McDonnell Douglas*, 411 U.S. at 802. If the Agency articulates a non-discriminatory reason through admissible evidence, any *prima facie* inference drops from the case. *Hicks*, 509 U.S. at 507, 510-511. Complainant then must prove by a preponderance of the evidence that the proffered explanations are a pretext for discrimination. *Hicks*, 509 U.S. at 511; *Burdine*, 450 U.S. at 252-253; *McDonnell Douglas*, 411 U.S. at 804. *See also Honore v. Postmaster General*, EEOC Appeal No. 0199734 (2001) (holding that the tripartite analysis enunciated in McDonnell Douglas is applicable to disability discrimination claims). Complainant retains, at all times, the ultimate burden of persuading the trier of fact that the Agency unlawfully discriminated against him.

However, if the Agency articulates a legitimate non-discriminatory reason for its actions, the factual inquiry can proceed directly to the third step of the three-step analysis, the ultimate issue of whether Complainant has shown by a preponderance of the evidence that the Agency's actions were motivated by discrimination. *U.S. Postal Service Bd. Of Governors v. Aikens*, 460 U.S. 711 (1983); *Padilla v. Dept. Of the Air Force*, EEOC No. 05940634 (June 27, 1995).

### V.   Analysis

The Agency offered a legitimate non-discriminatory explanation for Complainant's non-selection. Complainant applied for the Foreign Affairs Officer, GS-11 and GS-12 position along with approximately 510 other applicants for the GS-11 position and 242 additional applicants for the GS-12 position. Complainant was not selected for an interview and further consideration for either position because there were 90 other applicants who scored higher than Complainant for the GS-11 position and 26 applicants who scored higher for the GS-12 position based on the answers they provided on self assessment questions and veterans preference points assigned. Based upon the foregoing, I find that the Agency has provided a legitimate non-discriminatory explanation for the adverse action. Complainant now bears the burden of proving that the Agency's articulated reason is pretextual.

Complainant alleges that his non-selection was discriminatory based upon his race (Middle Eastern), religion (Christian with Muslim affiliation) and disability. However, Complainant failed to proffer specific evidence which created a triable issue regarding the qualifications of the individuals forwarded for interviews for the GS-11 and GS-12 Foreign Affairs Officer positions. Instead, Complainant alleged that he identified his original Muslim name, Rasoul Rahimi, on his application and that his non-selection was the result of his Muslim affiliation. Complainant also alleged that the application process was generally biased against Iranians which demonstrated that his non-selection was based upon his national origin (Iran). Finally, Complainant alleges that candidates were awarded additional points for Veterans preference, but were not awarded additional points for disability status. Complainant contends that this fact proves disability discrimination.

After careful consideration of Complainant's pretextual evidence, I find that he has not proffered the specific, pretextual evidence required to defeat summary judgment. First, Complainant has failed to proffer evidence which demonstrates that his qualifications were superior to the candidates that were interviewed. Second, I find that the fact that Complainant's original Muslim name was identified on the application, by itself, is insufficient to create an inference of religious discrimination. Complainant contends that statistical data regarding the number of Muslims hired by the Agency was not contained in the ROI. However, Complainant was afforded an opportunity to conduct discovery and has failed to assert and/or demonstrate that he requested this information and the Agency failed to produce it. Furthermore, Complainant did not file a Motion to Compel requesting that the EEOC order the Agency to produce such data.

Third, I find that Complainant's bare assertion that the application process is biased against Iranians is not sufficient to defeat summary judgment. Complainant failed to provide any circumstantial evidence in support of his opinion that the Agency intentionally created an application process that was biased against Iranian people. Finally, I find that the Agency's decision to award candidates points for their Veterans status does not create an inference of disability discrimination. Disabled and non-disabled veterans alike benefit from the Agency's decision to award additional points to Veterans. Complainant has not offered any circumstantial evidence, other than to discuss his individual circumstance, which demonstrates that the Agency's use of Veterans preference disadvantaged disabled individuals in the selection process. Also, no circumstantial evidence has been proffered which creates an inference that the Agency decided to award candidates points for their Veterans status in order to discriminate against Complainant because he is disabled.

## VI.    Conclusion

Complainant failed to demonstrate by a preponderance of the evidence that he was not selected for the Foreign Affairs Officer GS-11 and GS-12 positions because of his race, religion or disability.

**VII     Order**

Having considered the undisputed facts contained in the ROI and Complainant's Opposition, it is hereby ordered that summary judgment is **GRANTED** in favor of the Agency.


**FOR THE COMMISSION:**



Kurt C. Hodges
Administrative Judge
EEOC, Washington Field Office


NOTICE

This is a decision by an Equal Employment Opportunity Commission Administrative Judge issued pursuant to C.F.R. §1614.109(b), 109(g) or 109(i). **With the exception detailed below, the complainant may not appeal to the Commission directly from this decision.** EEOC regulations require the Agency to take final action on the complaint by issuing a final order notifying the complainant whether or not the Agency will fully implement this decision within forty (40) calendar days of receipt of the hearing file and this decision. The complainant may appeal to the Commission within thirty (30) calendar days of receipt of the Agency's final order. The complainant may file an appeal whether the Agency decides to fully implement this decision or not.


The Agency's final order shall also contain notice of the complainant's right to appeal to the Commission, the right to file a civil action in federal district court, the name of the proper defendant in any such lawsuit and the applicable time limits for such appeal or lawsuit. If the final order does not fully implement this decision, the Agency must also simultaneously file an appeal to the Commission in accordance with 29 C.F.R. §1614.403, and append a copy of the appeal to the final order. A copy of EEOC Form 573 must be attached. A copy of the final order shall also be provided by the Agency to the Administrative Judge.


If the Agency has not issued its final order within forty (40) calendar days of its receipt of the hearing file and this decision, the complainant may file an appeal to the Commission directly from this decision. In this event, a copy of the Administrative Judge's decision should be attached to the appeal. The complainant should furnish a copy of the appeal to the Agency at the same time it is filed with the Commission, and should certify to the Commission the date and method by which such service was made on the Agency.

5

All appeals to the Commission must be filed by mail, personal delivery or facsimile to the following address:

> Director
> Office of Federal Operations
> Equal Employment Opportunity Commission
> P.O. Box 19848, Washington, D.C. 20036
> Fax No. (202)663-7022

Facsimile transmissions over 10 pages will not be accepted.


## COMPLIANCE WITH AN AGENCY FINAL ACTION

An Agency's final action that has not been the subject of an appeal to the Commission or civil action is binding on the Agency. See 29 C.F.R. §1614.504. If the complainant believes that the Agency has failed to comply with the terms of its final action, the complainant shall notify the Agency's EEO Director, in writing, of the alleged noncompliance within thirty (30) calendar days of when the complainant knew or should have known of the alleged noncompliance. The Agency shall resolve the matter and respond to the complainant in writing. If the complainant is not satisfied with the Agency's attempt to resolve the matter, the complainant may appeal to the Commission for a determination of whether the Agency has complied with the terms of its final action. The complainant may file such an appeal within thirty (30) calendar days of receipt of the Agency's determination or, in the event that the Agency fails to respond, at least thirty-five (35) calendar days after complainant has served the Agency with the allegations of noncompliance. A copy of the appeal must be served on the Agency, and the Agency may submit a response to the Commission within thirty (30) calendar days of receiving the notice of appeal.

# Exhibit 6

# Peter Graves Ongoing Discrimination Case

# Response to Exhibit 5 ( Judge Analysis Section)

# Request for New EEOC Hearing

DEAR EEOC Federal Operations:

The response to my discrimination case issued by Judge Hodges was painful to read, because there was no "reason" contained within the "analysis", but hate of my ethnicity.

I don't know why he doesn't like Middle-Eastern people, but he shouldn't be a judge when the party is of middle-eastern origin.

I have read thousands of decisions, and I have to admit that decision mirrored every "bad judge" decision in "judicial history" that those people should have not been a judge.

*I want a new hearing with a party that is more neutral to the facts of the case. This hearing did not have the "Undisputed Facts" addressed properly.*

My first evidence of him being bias/ bigot is his refusal to change the "undisputed facts" clearly where all the facts, were in the Defendants favor. In response to "Notice of Intent to Issue a Decision Without a Hearing" I specifically stated his "bias" towards the fact with evidence. Please read this compliant and the beginning to the appeal process.

My second piece of evidence of him being bias/ bigot is that in his analysis he did not rule upon the law or even case argument. Actually I am not sure what you ruled on..but it was nothing more than personal opinion. His analysis mirrored nothing more than a press release. I understand that is where appeal comes in, but I even didn't get my facts addressed.

My third piece of evidence is how he weighed the case. He weighed the case as if I had to go beyond the reasonable doubt, which by the way I did, and this is why in his analysis he to go by a "press release" not the letter of the law.

My forth evidence is how he required me to have "motion for release" when I clearly stated in the case of the investigation for the evidence and I sent him letters leading up to the decision making that asked for this information. All he had to do was to call me and say, "Peter. You need to ask from the Defendant a motion for release" and I would have been happy to comply. He didn't because he wanted to rule against me, and deny me my right to a fair hearing.

Every word he said in your release has to do with "bias" towards me, and favoring the defendant.

I can only conclude based upon the ruling that he is A BIAS/ BIGOT, and therefore I had no chance in his courtroom.

One other issue: I swear to God I should be fighting the Defendant on matter of facts to this case, but instead I am fighting you. He is not the defendant of this case, and obviously it's not evenhanded. He is making the Defendant's case up, and on top of that he is placing his own prejudicial and bigotry within the context of the case ignoring all available evidence.

Let's Review his analysis of the case at hand. THIS IS PART OF MY APPEAL. THE SECOND PART WILL BE SOLELY DEVOTED TO EXAMINIG UNDISPUTED FACTS and how not changing them caused the analysis to be flawed, prejudicial, and it was a lie.

<u>Statement 1) The Agency offered a legitimate non-discriminatory explanation for Complainant's non selection.</u>

*WHAT EXPLANATION? Where is the explanation? Does he mean the explanation I received the day he issued the ruling? That explanation? That explanation was riddled with incomplete logical statements and evading questions. Items that you seem to support in this ruling. As we will go over later you didn't even give me a chance to dispute "Agencys" response, because you are bias/bigot. But neverless there is no explanation. The judge pretended that evidence was already all agreed upon and it was not.*

<u>Statement 2) Complainant applied for the Foreign Affairs Officer, GS-11 and GS-12 position along with approximately 510 applicants for the GS-22 position with 242 additional applicants for the GS-12 position.</u>

*Now this is interesting term of phrasing made by the judge of the court. He is stating the 510 applicants applied and than AFTER the fact 242 applicants applied for GS-12. I was puzzled by the review of "Undisputed Facts" and why place such statement. Now this* may *clarify the position further, that the State Department added applications to the already established pool. This makes a rather large difference, because they are now placing whom they want at the job, not the examination.* **Regardless this statement supports my version with already established evidence that besides myself out of approximately 700 applicants only one other person with a muslim background scored above the 90% range, a fact that the judge does not talk about.**

<u>Statement 3) Compliant was not selected for an interview and further consideration for either position because there were 90 applicants who scored higher than Complainant for the GS-11 position and 26 applicants who scored higher for the GS-12 position based on the answers provided on self assessment questions and veteran preference points assigned.</u>

*I disagree with the phrasing of this statement. This is from the defendant's point of view. What should be stated that the Plaintiff claims that with disability points he scored within range of the top three candidates. Because the judge is bias he is disregarding this critical piece of evidence. The explanation given by the Defendant to circumvent the law is baseless. First the case(s) provided by the Defendant "Gatling Vs. Shineski" and "Eyman Vs. Kempthron" are groundless in fact. They are poor examples to use, given both cases categorizes veterans into a protection classification, and they don't have one. Secondly these cases only pertain to plaintiffs that scored so low they couldn't possibly compete with the "higher numbered" applicants. I scored 98.40% on this exam with disability points, where if the exam had been treated equally, (14th Amendment) and civil right, ADA law as mentioned in the compliant was followed. I would have been in the three ranking criteria. A fact the judge of this case has chosen to ignore completely by misinterpreting "undisputed facts" and not mentioning plaintiff side. For example the judge states in being bias in interpretation of "undisputed facts":*

*No applicants were selected for an interview that received scores lower than the compliant. This statement is made from the defendant point of view.*

*The correct statement that would reflect a fair analysis for both plaintiff and defendant is as follows:*

*The Defendant claims no applicants were selected for an interview that received scores lower than Complainant, however the Plaintiff counters that this is not the case and claims that applicants were interviewed that scored lower than him.*

*The "Corrective Statement" is a fair statement that would force the analysis of the judge to weigh "Plaintiff's" claims in context of selected interview. In the response letter on "September 22 2010". Plaintiff clearly made this argument, and again was ignored due to his ethnicity and the judge being bias.*

### <u>*NOW THIS IS WHERE THE JUDGE CLEARLY IS BIAS AND IS NO BETTER THAN A RACIST/ BIGOT EMPLOYER:*</u>

*He makes the claim of veteran preference points assigned, and NEVER mentions disability points. Side steps all legal documentation contained in the complaint! Sides step the 14th Amendment clause, and even rationalizes the Defendant's actions of giving veteran points over disability points. THIS IS WHY I WANT A NEW JUDGE AND HEARING.*

<u>Statement 4) Based upon the foregoing, I find that the Agency has provided a legitimate non-discriminatory explanation for the adverse action.</u>

Translation:

Simplification of this statement: Based upon the "bias ranking system" that I never took the time to weigh the 14th Amendment (even through that is my primary job to do) I find that the Agency has provided a legitimate non-discriminatory explanation for the the denial of employment. (Adverse Action).

In more simpler terms: The bias judge admits that I was denied employment based upon the ranking system, but never bothers to study or question "agency's" non-discriminatory selection process. I am still not sure what that is.. Neither does he know. because he is a bigot and is bias. Conclusion from my side: Judge Hodges will take away "Plaintiff" 14th Amendment rights and not use his skills in determine 14th Amendment constitutional actions, so he can cover up "Defendant's" actions.

Statement 5) Complainant now bears the burden of proving that the Agency's articulated reason is articulated reason is pretextual.

HE NEVER TOOK THE TIME TO DETERMINE RATHER OR NOT THE DEFENDANT ACTIONS WERE LEGAL IN THE FIRST PLACE! THIS IS HOW HE IS FORCING ME TO PROVE BEYOND A REASON OF A DOUBT THAT DEFENDANT DISCRIMINATED AGANIST ME! IN EMPLOYER DISCRIMINATION CASES: PROOF IS UP TO THE EMPLOYER TO PROVIDE DOCUMENTED EVIDENCE THAT IT DID EVERYTHING IT COULD DO NOT TO DISCRIMINATE. THIS IS BASIC LAW, AND THIS JUDGE HAS THE AUDICITY: TO PLACE THIS REASONING ON ME!

THAT SOMEHOW I HAVE TO PROVE THAT THE DEFENDANT IS CONSEALING SOMETHING THAT IS WHAT THE TERM PRETEXTUAL MEANS, WHEN THE JUDGE HAS CERTIFIED THE DEFENDANT TEST THAT DOES NOT MEET 14th AMENDMENT STANDARDS AS CERTIFIABLE! NOT ASKING THE DEFENDANT TO PROVE THAT THEY NOT DISCRIMINATED, BUT INSTEAD ASKS ME TO PROVE IT. NOW THAT GOES AGANIST EVERY DISCRIMINATION CASE IN HISTORY.

Statement 6) Complainant alleges that his non-selection was discriminatory based upon his race (Middle Eastern, religion (Christian with Muslim affiliation) and disability.

Correction: Compliant alleges that his non-selection was discriminatory based upon his race (Middle Eastern), Religion (Christian with Muslim affiliation, National Origin/ Ethnicity (Iranian) and Physical Disability.

Statement 7) However, Complainant failed to proffer specific evidence which created a triable issue regarding the qualifications of the individuals forwarded for interviews for the GS-11 and GS-12.

Simplification Of Statement Stated: Compliant failed to present an offer for acceptance or rejection specific evidence which created a (triable) which means a judicial inquiry issue regarding the qualifications of the individuals forwarded for interviews for the GS-11 and GS-12 Foreign Affairs Officer Position.

After belittling my statement of the procedures and acceptance points into the exam, now the judge is belittling my qualifications.

FACT 1: I scored 98.40 in Grade 12 with disability points.

FACT 2: Others scored the SAME than to me, and some cases even lower to what I scored and used points to score higher or compete, such as veteran or veteran disabled points. Therefore using this statement is highly unethical and prejudice, and is unfair to plaintiff.

FACT 3: The question isn't the qualification of others being asked to the court, but the point system sought by the Defendant as legate both in process and examination score.

FACT 4: While "questions" such as examination conduct is brought up, because what is required to be known at the job and the job duty simply don't match up. This phrasing creates me to become the bad guy, where the defendant created a process that has been PROVEN by available evidence that makes people with middle eastern backgrounds to score lower and evidence is also contained in the exam itself.

CONCLUSION: There is no relevance of my score in other context other context besides the procedures being administrated by law and the context of the exam itself. Other qualification(s) in relation to the exam means nothing. It's unethical and highly illegal for the judge to use what he considers as legate to the context of my score and than to qualify my score as lower to others in a legal setting. He is no better than the State Department that creates an exam solely for one group of people to score higher and others not. THROWING AWAY THE EVIDENCE AND THAN HE TURNS AROUND AND SAYS THERE IS NONE. In the response (September 22 2010). Cultural Interpretation evidence is spelled out, along with evidence of the job duty. The Defendant turns around ask(s) for a person to know how to interpret media articles in context of cultural evidence, but yet they don't require it to be in the job duty, and they move it from the job duty, while not testing for it to satisfy their discrimination requirements. For further reading please read page 10 of the September 22 2010 response. Evidence that Judge Hodges discarded in favor of judiciary inquiry, which is non-sense, he did this not because of judiciary inquiry, but because he is a bigot.

This is called misrepresentation and misusing of available evidence. He is doing that because of my ethnicity. <u>Understanding the Importance to this argument:</u>

As it's stated on page 10 (September 22 2010 )response not only because violence has been on the rise in Afghanistan due to practices as explained in the response. But the money being spent in both Iraq and Afghanistan could be used to fund schools, judicial programs, health care systems, here at home. The State Department has a budget of approximately 15 billion dollars. Over half of this budget is war funds. The purpose of that money should be to save us "trillions" of dollars in fighting cost or prevention of threats abroad not to escalate them.  Reading Page 8 -12 evidence is critical to the well-qualified 15 billion dollar workforce.

<u>Statement 8) Instead, Complainant alleged that he identified his original muslim name, Rasoul Rahimi, on his application, and his non-selection was the result of muslim affiliation.</u>

INCORRECT STATEMENT: Plaintiff is stating that the "exam process" created by defendant made it impossible to score higher or anyone else with a middle eastern background in process. Additionally he is stating that requiring to state his original name being stated on the application made his application to be scored lower to that of other individuals, because of muslim affiliation. In subsequent letters in response to the defendant judge that he threw away the evidence, and didn't allow for the Plaintiff to respond to defendant because he is a bigot/ bias. (Response to Defendant Letter) The relevance to "additional names" on the application is addressed and how it's used to discriminate between individuals: "Fact 11"

<u>Statement 9) Compliant also alleged that the application process was generally biased against Iranians which demonstrated that his non-selection was based upon his national origin (Iran).</u>

INCORRECT STATEMENT: Plaintiff is stating that the "exam process" created by defendant made it impossible to score higher or anyone else with a middle eastern background in process. Additionally he is stating that requiring to state his original name being stated on the application made his application to be scored lower to that of other individuals, because of Muslim affiliation. In subsequent letters in response to the defendant judge (that he threw) away the evidence, and didn't allow for the Plaintiff to respond to defendant because he is a bigot/ bias.(Response to Defendant Letter)  The relevance to "additional names" on the application is addressed and how it's used to discriminate between individuals: "Fact 11".

<u>Statement 10) Finally Complainiant alleges that candidates were awarded additional points for Veteran preference, but were not awarded additional points for disability status. Compliant contends that this fact proves disability discrimination.</u>

INCORRECT STATEMENT: COMPLIANT CONTENDS THAT NOT PROVIDING SPACE FOR DISABILITY POINTS IS IN A VIOLATION OF THE 14th AMENDMENT.

<u>Statement 11) After careful consideration of Complainant's pretextural evidence, I find that he has not proffered the specific, pretextual evidence required to defeat summary judgment.</u>

INCORRECT: THE JUDGE USED THE SAME "UNDISPUTED FACTS" THAT WERE LIES. HE DID NOT EXAMINE THE EXAM IN ANY OTHER CONTEXT BUT THE STATE DEPARTMENT'S VERSION.

Statement 12) First, Complainant has failed to proffer evidence demonstrates that his qualifications were superior to the candidates that were interview.

RELVANCE? THE EXAM ESTABLISHED THIS FACT. I SCORED 98.40%. THIS STATEMENT IS AS EQUAL AS SAYING THAT PEOPLE WITH MIDDLE EASTERN BACKGROUNDS SHOULD NOT BE FORIEGN AFFAIRS OFFICER. WHY? BECAUSE I SCORED 98.40%. THE BIGOT/ BIAS JUDGE REPLACES MY SCORE WITH HIS SUITABLE CRETERIA AND DEFANDANT VERSION OF QUALIFICATION. I AM OFFENDED. THIS IS LIKE SAYING AFRICAN AMERICANS IN ORDER TO VOTE MUST PASS A LITERACY TEST AND MANY TIMES THEY DID PASS. THEY STILL DIDN'T GET TO VOTE. STATEMENT 12 IS A PREDJUDCIAL STATEMENT LIKE AFRICAN AMERICANS WERE REQUIRED TO TAKE A LITERACY TEST BEFORE VOTING.

FACT: I SCORED 98.40% WITH MY DISABILITIY POINTS. THE JUDGE DISREGARDS MY SCORE AND FOCUSES ON PREDJUICE OR WHAT ELSE SHOULD I CALL IT?

HE IS BEING FAIR?

THE RELVANCE IS SIMPLE. HE THINKS THAT PEOPLE WITH A CERTAIN ETHNIC BACKGROUND SHOULD NOT SCORE ABOVE RATHER BE KNOWINGLY OR UNKNOWINGLY. THE ONLY FAIR FACT THAT THIS JUDGE ESATBLISHED IS STATEMENT 13 AND STILL GOT IT WRONG BY EXCLUDING OTHER AVAILABLE EVIDENCE.

Statement 13) Second, I find that the fact that Complainant's original Muslim name was identified on the application, by itself, is insufficient to create an inference of religious discrimination.

ANSWER: THAT WASN'T THE ONLY AVAILABLE EVIDENCE. CULTURAL INTERPTATION WAS SKIPPED BY THE JUDGE AND EVIDENCE OF THE EXAM ITSELF IS PLAINLY OBVIOUS TO THIS FACT. THAT ONLY ONE OTHER PERSON OF MUSLIM BACKGROUND SCORED ABOVE 90%.

Statement 14) Compliant contends that statistical data regarding the number of Muslims hired by the Agency was not contained in the ROI.

INCORRECT: Compliant contends that statistical data regarding Muslims hired and disabled hired both in agency hiring and position (Foreign Affairs Officer) should have been in ROI report.

Statement 15) However, Complainant was afforded an opportunity to conduct discovery and has failed to assert and/ or demonstrate that he requested this information and the Agency failed to Produce it.

LIE: INCORRECT: I asked throughout the investigation. I have email documentation to support it.
ADDITIONALLY TO THE JUDGE OF THIS COURT ( September 29 2010).

I have stated to the COURT ITSELF AND IT SHOULD BE PART OF THE RECORD.

D) Let's not forget: The State Department has failed to provide numbers of hired applicants with a disability and muslim background before September/ May 2009 (failure) to provide this information is the same as of having a low applicants in the classification. This relevant to ADA and Civil Right law because in this case the EMPLOYER being the State Department was especially NEGLEGENT on it's behalf in not providing means for people with disabilities, while they already have a BELOW standard of employment. (THE LAW IS BLACK AND WHITE IN MY COMPLIANT.) NOT PROVIDING A SPACE FOR DOCUMENTATION FOR DISABILITIES IS GROSS NEGLECT, WHERE BECAUSE OF IT'S NEGLECT I COULD NOT SCORE INTO THE TOP THREE IN WHICH IT ALSO VIOLATED MY FOURTEEN AMENDMENT, AND THE RIGHT TO BEING TREATED EQUAL IN THE EXAM.

Statement 16) Furthermore, Complainant did not file a Motion to Compel requesting that the EEOC order the Agency to

produce such data.

LIE INCORRECT: BASED UPON THE EVIDENCE ABOVE. I DIDN'T KNOW THE TERM "MOTION TO COMPEL" but in several letters I mention not just this one did I mention to (Judge Hodges) about producing such data, and it's in the response letter of September 22 2010. A judge that makes over $100,000 dollars a year should have communicated this vital information to me, before issuing this against me. This is evidence of his bigotry and bias towards plaintiff.

Statement 17) Third, I find that Complainant's bare assertion that the application process is biased against Iranians is not sufficient to defeat summary judgment.

INCORRECT: Third, I find that Complainant's bare assertion that the application process is biased against Iranians and Muslims is not sufficient to defeat summary judgment.

Furthermore in this regard and my disability points I view the "judge" as bias and he is turning this around about defendant's made up facts of case and my ethnicity, while not addressing my legitimate claims.

Statement 18) Complainant failed to provide any circumstantial evidence in support of his opinion that the Agency intentionally created an application that was bias aganist Iranian people.

The big bad bias/ bigot judgment is using "Iranian" against me. In my compliant response dated September 22 2010 I asserted to the fact that it's more difficult to provide evidence that I was discriminated against because of being Iranian, but not muslims due to the number being involved. However the evidence and cultural interpretation process on the exam and the number of muslims not hired by the State Department applies to ethnicity as well: This is stated in the compliant. Shame on you bigot judge for using my own argument against me, and framing it in such way that I don't have a compliant, when it is stated differently. What the judge defines as "circumstantial evidence" is ludicrous. Only one person with a middle-eastern background besides myself scored above 90%. That is a fact. The amount of people hired in the position data was denied to me during the investigation, and by this very judge. It's not the job of the judge to apply his argument of facts. He doesn't have a right to call it circumstance evidence when he didn't address the evidence.

Statement 19) Finally I find that the Agency's decision to award candidates points for their Veterans status does not create an inference of disability discrimination. Disabled and non-disabled veterans a like benefit from the Agency's decision to award additional points to Veterans.

Evidence? His evidence is the most bogus evidence I have ever heard. The application was designed to exclude disability points read "Response to Defendant". If the judge had allowed for me to speak and interact with me, he would have known that information, and what to look for in the investigation. Furthermore I would have gain the job with points offered. Show me in ADA where a blind person or person with (Multiple Osteochondromatosis) for example would be eligible for Veteran Points. An examination of points that are solely geared towards one group of people regardless who they are is illegal and is against ADA law. Evidence besides the exam itself is the number of people who are non-veteran that were hired under foreign affairs officer position and this very position no one scored above 90% besides me who solely had a disability. Evidence that was on judges desk. For more information reasoning and proof is mention in letter addressed to "Response to Defendant".

Statement 20) Compliant has not offered any circumstantial evidence, other than to discuss his individual circumstance, which demonstrates that the Agency's use of Veterans Preferences disadvantaged disabled individuals in the selection process.

And my individual circumstance is not enough? The agency not providing how many people with disabilities are hired in the Foreign Affairs Officer Position is not enough? An application that is designed just to give out veteran points is not enough? This guy bias and bigotry has no bounds now does it? Again this is evidence that he is treating the proof of my case beyond reasonable doubt, but not weighing the evidence.

What happened to the term: Taking any citizen's constitutional right away even for the second is illegal and is punishable by law?

Statement 21) Also no circumstantial evidence as been proffered which creates an inference that the Agency decided to award candidates points for their Veterans status in order to discriminate aganist Compliant because he is disabled.

As usual he totally omitted the fact the number hired in the classification. The application itself. and the fact that on the "Foreign Affairs Officer" exam itself no person with disability qualified above 90% just veterans and disabled/veterans.
CONCLUSION:

The judge skipped a ton of evidence. He generally skipped the law being cited by the compliant. He made the process to the Defendant's favor, and placed an unreasonable/ excessive amount of proof upon the Plaintiff. He squashed the traditional proof process of documentation by the defendant and made it that the plaintiff present the evidence!

Required evidence to exist to address plaintiff's legitimate concerns and he had the power to request the evidence, but chose to ignore it. On top of that he used it to rule against the plaintiff "motion to compel".

On the other-hand the "Defendant" did not mention even one law, had weak to non-existence "case development" and his answers were designed to circumvent requested evidence, not address evidence or worse not address evidence at all. While mis-match facts to plaintiff's argument. In some cases the evidence being cited by the defendant was irrelevant to the facts at hand.

The judge of this case was so bias that he did not wait to hear from Plaintiff after the Defendant submitted his argument of facts. Again another violation of Plaintiff's due process. The judge even didn't ask the plantiff what did he think's of defendant argument?

As it's evidence the Defendant's argument was so weak and misinformed that the judge never once cited it due to the mis-match and overwhelming evidence brought on by plaintiff. Instead the judge said,  Agency offered a legitimate non-discriminatory explanation for Complainant's non selection.

So.. What was his evidence? Where is his reasoning?

Furthermore Plaintiff requested from the judge on three separate occasions for the judge to step down due to bias and the judge refused. Plaintiff requested that data pertaining to how many people were hired "muslim" and the disabled be available to him, but the judge did nothing to ensure that the Plaintiff receive a fair hearing, and than said it was ok that he ruled on Motion to Compel even through it was requested by the plaintiff.  through all this the results of the examination itself was in black and white, that is evidence enough of how people scored and who did not score above the 90% and the judge never mentions this evidence.

The Plaintiff thinks the judge of the case is  bias and a bigot and wishes a new hearing.

Thank You,


Peter Graves

# Exhibit 7)

Peter Graves asking (Judge Hodges)to step down multiple times before the course of the trial.

Dear Honorable Judge Hodges,

The following is what I mentioned to you in message to you dating 09/19/2010.
If you still decide to remain on the case and you believe that the letter will taint your
outcome. I possibly can't see how it can worse as it already is, but you may notify the
parties not to take action until you read my response on September 22 2010, but this is
my protest and request for you to remove yourself. An "intent" that does not contain both
sides is NOT a characteristic of an impartial judge, but in my opinion it's a bias judge.

Sincerely,


Peter Graves

Dear Judge Hodges,

The State Department attorney contacted me yesterday per my request: any request from the State Department or questions must be approved or requested by the judge of my case. I still would prefer a new judge.

I briefly read about this attorney's background and based upon available information that I know about him, he may have a specialty in disability cases.

To save everyone some trouble and time:

    A) I have a Schedule A letter issued by the Department of Rehabilitation.
    B) The job duties are all well in range of my capability to do them, and I am highly skilled in performing them.
    C) I am a highly skilled technical worker looking for a fair examination process in which the State Department failed to provide, because of existing prejudice and discrimination against people with disabilities and ethnic backgrounds at the State Department.
    D) Let's not forget: The State Department has FAILED to provide numbers of HIRED applicants with a disability and muslim background before September/ May 2009, (failure) to provide this information is the same as of having a low number applicants in the classification. This is relevant to ADA and Civil Right law because in this case the EMPLOYER being the State Department was especially NEGLEGENT on it's behalf in not providing means for employment for people with disabilities, while they already have a BELOW average standard of employment. (The Law is in black and white in my compliant.) NOT PROVIDING A SPACE FOR DOCUMENTATION FOR DISABILITIES IS GROSS NEGLECT, WHERE BECAUSE OF IT'S NEGLECT I COULD NOT SCORE INTO THE TOP THREE IN WHICH IT ALSO VIOLATED MY 14 AMENDEMENT, AND THE RIGHT TO BEING TREATED EQUAL IN THE EXAM.

With your permission please add this statement the evidence already provided to you.

Sincerely,


Peter Graves

P.S. All communications between me and the State Department will be shared with you unless you request otherwise. Since I am under your order to share everything with the State Department; I have shared everything with them up to this point and will continue to do so unless instructed otherwise: I will fax this letter to the newly provided fax number provided to me 202-647-6794 and I will wait for Mr. Azar's further instructions if he wishes for me to fax the ENTIRE case to him.

From Azar, Henry A <AzarHA@state.gov>
topetergraves3@gmail.com

date Tue, Sep 28, 2010 at 4:40 PM
subject Your response to Administrative Judge Hodges' notice
mailed-bystate.gov

hide details 4:40 PM (22 hours ago)


Mr. Graves-
I'm representing the Department of State (the Agency) in connection with your EEO
complaint. I have AJ Hodges' September 1 Notice of Intent to Issue Decision without a
Hearing. By its terms, you were supposed to submit a response to the EEOC no later
than September 22, and to mail a copy of your response to the Agency. Because my
office has not received your response, I request that you send me your response via email.
Sincerely,
Henry Azar, Jr.
Attorney-Adviser
U.S. Department of State
Office of the Legal Adviser, L/EMP
202-647-4522 (tel.)
202-647-6794 (fax)

My Response:

frompeter graves <petergraves3@gmail.com>
to"Azar, Henry A" <AzarHA@state.gov>

dateTue, Sep 28, 2010 at 6:35 PM
subjectRe: Your response to Administrative Judge Hodges' notice
mailed-bygmail.com

hide details 6:35 PM (21 hours ago)


Mr. Azar-

I have filed the response via fax as stated in the order issued by the judge. The judge did
not imply it had to be done mail or person or fax. The order stated that it to should be
present at the Washington Field Office no later than by September 22 2010, and it was
present. I faxed the response to him on September 22 2010.

On the same day (September 22 2010) I sent the response to the (State Department) via
the address listed given by the court by priority mail. The order did not state that your
office needs the reply by that date as well, however in the interest of common courtesy I
did make the effort for you to get it in a timely fashion by sending it via (priority mail):
According to the Post Office your office should have already received it.

All other inquiries and contacts related to court proceedings and opinion was also
submitted to your office in the interest of being fair.

Out of respect to the court and the judge on (September 22 2010) I sent the response  via
(express mail) to make the extra effort to the court that I am compiling with it's order on a
timely manner to the best of my ability. Even through it was not necessary, when I had
already faxed it and complied with the court order.

Unlike some parties: ( I am referring to Judge Collaze and your agency response to her
order.)

Unfortunately evidence of the response is not in email format, therefore it's impossible
for me to email the compliant to you.

For your review I have the last page of the order  on how to where I sent all the
information is sent.. If the contact information given by the court is incorrect please let
the judge and me know.

If you wish: I can fax the information to you tomorrow or on Thursday.

I will not answer any of your questions, but through the judge of this court or questions that the judge of this court authorizes to be discussed. This is probably the most important reason why our judge should be cleared from bias from both sides. Irony is I would have answered your questions in mediation, but this is not mediation.

and as you know that is the one of the differences between: Trial and mediation. In my opinion process of discovery and communication changes from party to party (Mediation) to party to judge (Trial). This is important feature to a (AJ Trial) because one of us can abuse the other without the judge being present. I am all about being fair.

If you wish to go back to mediation that is ok on my side given certain conditions are met that I will communicate with the judge of our case if mediation is requested by you.

Please let me know via this email rather you want me to fax the response to you or not.

I will send this email via fax to the judge of this court and keep him appraised of all of our communication.

On a lighter side of things:

The Phillies and Nationals are in a tie, and it's the bottom of the 8th round. I am pretty a huge baseball fan, my favorite teams are the A's, Giants, and the Nationals. Currently in the MLB the Nationals are the underdog (Phillies being in first place and Washington is in last place), but it's accomplishment itself that Washington's team so far is in a tie with the almighty Phillies. Underdogs rule.

Sincerely,


Peter Graves

His System Response:
From Azar, Henry A <AzarHA@state.gov>
To peter graves <petergraves3@gmail.com>

Date Tue, Sep 28, 2010 at 6:36 PM
Subject Out of Office AutoReply: Your response to Administrative Judge Hodges' notice mailed-bystate.gov

hide details 6:36 PM (21 hours ago)


I'll be out of the office Wednesday, September 29, returning on Thursday, September 30.

# Exhibit 8

Letter to Federal Operations- For New
Hearing. Motion to Comply Documentation
after bias/ bigot judge ruling

Equal Employment Opportunity Commission
Office of Federal Operations
131 M Street, N.E.
Washington, D.C. 20507

Dear Office of Federal Operations:

The following is my reasoning on to why it's appropriate to give me a new hearing:

A) Evidence of non-disputed facts that only contains defendant's point of view.

B) Judge excluding critical evidence.

C) Judge not once contacting plaintiff.

D) Plaintiff contacting judge multiple times via phone, fax, and mail, and judge not responding until the day it issued "the final order". In which case the judge did not state the reason on to why he is not bias. As stated in "September 22 2010" compliant.

E) Judge knowingly excluding critical evidence and not asking plaintiff about it.

F) Judge  final analysis not containing case study or law, but a bigot press release.


In this package all my evidence for not receiving a fair hearing is here. If you have any questions please do not hesitate to call me at (916) 684-1286 or email me at petergraves3@gmail.com.

I would appreciate a response no later than October 21 2010 that rather or not the EEOC Federal Operations can grant me a new hearing with a fair judge. I do not want to appeal before I can receive a fair hearing from EEOC.

You may send your reply to:

Peter Graves
6464 Laguna Mirage Lane
Elk Grove CA 95758

Thank You,


Peter Graves

The Case Number is EEOC 570-2010-00301X
Agency No. DOS. F-079-09

Dear Office of Federal Operations:

I am requesting a new hearing be issued to me by your office with a new judge. The judge of my case ruled against me in a Issue a Decision Without a Hearing format. This decision according to the court's reasoning was against his own procedures mentioned within the compliant itself.

The Notice of Without a hearing format can only be formulated when: "There are no genuine disputes of facts on element essential to party case."

There was a genuine dispute of fact: Issuing Statistical Data in regards to the number of applicants whom had a disability or muslim origin hired by the State Department.

The judge who refused to contact me, because he is a bigot. Did not inquiry with me rather or not did I request this critical information during the investigation. I wrote to him telling him that they did not give me the information, and I view not giving me the information as the same to "not hiring" people with disabilities or muslim backgrounds. The bigot judge still used this information to rule against me when he had not requested from the Defendant information.

Furthermore the "Undisputed Facts" of the case is clearly bias towards Defendant while not mentioning Plaintiff's point of view. ROI must be discussed from both "Plaintiff" and Defendant's point of view. Not from Defendant's point of view.

The Judge claims that Defendant was afforded opportunity for discovery in (September 30 2010) without offering proof that I had the chance. In response to judge's motion I stated (September 22 2010) that I did not have the information requested in ROI. This is incorrect in the ROI report I stated:

DOCUMENTATION THAT I ASKED FOR STATS AND THE STATE DEPARTMENT FAILED TO PRODUCE. WHY DIDN'T THE STATE DEPARTMENT DISPUTE NUMBER 13 AND PROVIDE ME EVIDENCE REQUESTED?

**DOCUMENTATION:**

**13) Was there anything done or said during your application and/or interview process that referenced your race, your religion, your national origin, and/or your alleged physical condition? Please explain and provide documentation to support your statement.**

*Yes. Specifically the application structure was designed to exclude people with disabilities. It was designed and targeted for applicants who had education from an elite military or education background, who are mainly white. While skipping over my superior qualifications. It was designed to weed out people (qualifications) and cherry picking their own candidates. **It's so awful that in certain jobs they fail to respond to me at all (rather or not they have filled the position).** This is the height of their discrimination and prejudice that I can not over come. The feedback process of Department of State is worse than that of application process in terms of discrimination, because when they don't EVEN respond than they can't discriminate against the applicant now can they?*

**11) Were the responsible management officials alleged in this complaint aware of your alleged physical condition? If so, please explain specifically how and when they became aware of your alleged physical condition. Provide documentation to validate your statement.**

*No. The process never bothered to ask me, where it failed to go by ADA requirements. However the process was set for people for disabilities not to be able to compete with regular applicants. Specifically the process was rigged for veteran points to count, and people with disabilities who are never entitled to veteran points not to gain them. There was never a question in regards to my disability.*

*This is very important, because under ADA I am supposed to have a fair chance to compete with the outside public and using points that I am never entitled to gain in the first place is very much against the ADA act. I believe that the test or qualification process is basically a formality and those who are selected are people with an elite military background, elite education that is largely "White" non-middle-eastern background and have no disabilities. While above average people like me are banned by the nature of the selection process in the first place, when our qualification(s) are very much above their qualifications.*

The claim that I did not ask for the "numbers" of people disabled is ludicrous, because read my remedies would I request a re-structuring without knowing the number of people and muslim hired by agency? The claim logically goes against what I am asking to be done.

Please review my remedies:

*Therefore this is the remedies I am seeking from them:*

*1) An acknowledgment that I was discriminated against by the H.R. at Department of State and an apology.*

*2) An explanation from the "Department of State" to prevent future discrimination against people with Middle Eastern Origins.*

*3) All Iraq Civilian Position(s) and Foreign Affairs Officers positions receive "quotas" based upon federal equal employment opportunity law for middle eastern origin in D.C. and Iraq. The quota of position(s) in D.C. must be separate from that of Iraq.*

*\*. This includes all positions that are reclassified as a different name, but serve the same function or similar functions of a Foreign Affairs Officer. Your agency may reclassify positions to meet the "quota" requirement, which is not acceptable.*

*4) All Foreign Affairs Officers positions meet disability quota and all examinations include "disability points".*
*\*. This includes all positions that are reclassified as a different name, but serve the same function or similar functions of a Foreign Affairs Officer. Your agency may reclassify positions to meet the "quota" requirement, which is not acceptable.*

*5) Given the H.R. at Department of State has a bias towards Muslims and to some point the disabled I respectfully request that all hiring process is given to the Hiring Officer not the Human Resources.*

*6) An interview/ Job with Department of State that merits my qualifications.*

*7) The right to sue against Department of State if they don't meet quotas for middle eastern and disabled at a reasonable amount of time. Quotas shall be based upon the amount of involvement with the country of origin in relation to the qualified middle eastern work force that graduated from college with a B.A. in proportion to Department of State workforce.*

*Quotas for the disabled must be met as well.*

Because of the length of time an eighth item has been added: I am now also requesting (back-pay) and damages done to me for not being able to get a job for being discriminated against

This reasoning is why "quota" and the amount hired by plaintiff is critical to the case. I am positive that request for this evidence was mentioned to the investigator as well. Furthermore the judge of the case had this evidence before ruling and never bothered to mention to me to ask the plaintiff in "motion to comply" format by evidence in the case: I would never create remedies that need that very statistical data to work.

Another important and critical aspect to this case is the fact that it's standard procedure for Defendant to include number of applicants hired both in workforce and classification procedures. Courts expect for Defendants (employers) to prove that they did everything could have done to prevent discrimination of any kind.

I did ask from the defendant and they refused to include it. But let's go with the Defendant's version for one minute in a time, that I didn't ask: Why didn't the defendant provide this evidence to protect itself within the course of the discovery?

This key piece of evidence denied by discovery and the process by judge and defendant would have made a large difference to the verdict, there is no available evidence that plaintiff would not request, in fact everything within the case points to that I would need this evidence to close the case.

Regardless rather it be in appeal or new hearing: I am requesting from defendant to provide statistical information as requested in the motion to comply.

Why didn't the defendant include statistical information

This is a point of judicial review.

For this reason alone I have an earned a "New Hearing". Based upon this investigation as well it's stated that with disability points I would have scored differently. I would have been in the top three examination.

Secondly the facts of this case were all not stated by the judge of the case.

Please read page 1 through 3 of the September 22 2010 of the request and compare it to the undisputed facts of "September 1 2010" issued by the judge than compare it to the Final "September 30 2010" verdict, where the judge created the same "undisputed facts" despite not matching them to "plaintiffs" request and case study.

This is gross negligent of conduct because it created a scenario of plaintiff not being able to address

disability points, and non-availability of people with middle-eastern backgrounds. It effectively took out the "plaintiff's" argument in favor of defendant.

One more issue I know this may be a bet tiny bet hard for this court to sallow, but I have earned a certain amount of respect by this court and agency respectfully. Being to true myself is probably the most hardest part of this process, because it's really hard for me to fight EEOC and than the State Department, while watching people who haven't done the work  benefit from my work, and listen to an arrogant judge and defendant. Respectfully it has taken everything I have and more not to drop the case and walk away.

It's really hard to walk in a room of people and know the work, all aspect of the work, everything about it, and than be called names because of my ethnicity. Well I will challenge the State Department where did it come from? It came from my work that I have been wanting to benefit from, and due to Patriot Act laws: I DON'T HAVE THE RIGHT TO MY OWN WORK.

What I want more than anything else: Is respect, because I have earned it. The EEOC is a Department under the Department of Justice the same department that is stealing my work from me for National Security purposes, and the cycle will continue unless I say, "No More". Limit my work, Limit the quality of the work, and work at a Gas Station or some darn paper pusher for the rest of my life.

This agency and this court needs to know that I have more ambitions than being a paper pusher, and three things are holding me back:

1) My ethnicity.  2) The Patriot Act (Administrated by DOJ)  3) The EEOC.

I want to do what I love to do in life, and I can't do that because certain parties are bigots of the worse kind. The EEOC was created to give people like me an opportunity to compete. I deserve my chance to this job, and I deserve the job.

You know my closest friend told me something she said,

There was extremely distasteful joke about the south and howan  african american wanted to vote, but he to pass a literacy test first. Well he passed it, but than in the joke, they gave him a test in Chinese, and someone asked him: Do you know what it says? He looked up and said, Yeah. I know what it says. No African American is going to vote in the State of Alabama, and she said, it seems like your stuck taking your test in Chinese over again, when pigs  fly will the State Department hire you.

I wish she was wrong: But she isn't/

That's how I feel. I feel that no matter what I do I am never going to be State Department material because of my ethnicity, national origin, religious affliction, and disability.

Look I passed the test: fair and square. I worked hard to get this skill set. I ranked in the first three candidates.  I am tired of giving the Chinese test. I am tired of the lies, the misinformed, the people who do things out of pure spite. I am tired of it all, but I want to make pigs fly, and so that is why I will continue to request a fair hearing, and fair appeal process.

The previous judge belittled me, but let me say this one thing about my expertise setting, if you would put the entire state department together and than combined their experience, they still wouldn't come

close to my work.  My qualifications is not at question, but what is in question is the process. The process that has belittled me for so long.

Sincerely,


Peter Graves


FOR MY NEW TRIAL OR APPEAL:

MOTION TO COMPLY:

To EEOC:

I am requesting from the court for the defendant to provide statistical data on how many people it employs in regards to the following categories in both the "Foreign Affairs Officer" position and it's general workforce.

These are the exact numbers I want from the defendant before September 2009. All numbers must be from January 1 2008 – September 20 2009.

Item A) The number of Foreign Affairs Officer employed by the State Department before September 2009.

Item B) The number of Foreign Affairs Officer with disabilities employed by the State Department before September 2009.

Item C) The number of Foreign Affairs Officer with muslim backgrounds employed by the State Department before September 2009. (I want a list of first names)

Item D) The number of Foreign Affairs Officer with muslim backgrounds employed by the State Department before September 2009 in grade 8, 9, 10, 11, 12, 13, and 14. ( I want a list of first names)

Item E) The number of "people with disabilities" employed by the State Department before September 2009 in grade 8, 9, 10, 11, 12, 13, and 14.

Item F) The number of "people with disabilities" employed by the State Department before September 2009 in Foreign Affairs Officer that DO NOT have Veteran status.

Item G) The number of "people with disabilities" employed by the State Department before September 2009 in Foreign Affairs Officer that DO NOT have Veteran status in grade 8, 9, 10, 11, 12, 13, and 14.

Item H) The overall number of the workforce who have disabilities employed by the State Department before September 2009.

Item I) The overall number of the workforce who have muslim background employed by the State Department before September 2009.

Item J) The overall number of the workforce who have disabilities employed by the State Department before September 2009.

Item K) The overall number of the workforce who have disabilities who are non-veterans employed by the State Department before September 2009. (Schedule A)

Item L) The number of people employed in 2008 as a Foreign Affairs Officer.

Item M) The number of people employed in 2009 as Foreign Affairs Officer.

Item N) The number of people that in anyway their classification was changed to Foreign Affairs Officer Position during 2008.

Item O) The number of people that in anyway their classification was changed to Foreign Affairs Officer Position during 2009.

Item P) The number of people with disabilities hired within the Foreign Affairs Officer during 2008.

Item Q) The number of muslim hired within Foreign Affairs Officer Position during 2008.

Item R) The number of people with disabilities hired within the Foreign Affairs Officer before September 2009.

Item S) The number of muslim backgrounds hired within the Foreign Affairs Officer before September 2009.

Item T) The number of people employed during 2008 in State Department general workforce.

Item U) The number  of people employed before September 2009 in State Department general workforce.

Item V) The number of people that in anyway their classification was changed to Foreign Affairs Officer Position during 2008. JUST DISABLED.

Item W) The number of people that in anyway their classification was changed to Foreign Affairs Officer Position during 2009. JUST MUSLIMS.

Item X) The number of applicants of  people with disabilities in 2008 (Schedule A application) for foreign affairs officer position.

Item  Y) The number of applicants of muslim background in 2008. NAME LIST.

Item  Z) The number of applicants of muslim background in 2009. NAME LIST.

Item A1) The number of applicant of people with in 2009 (Schedule A application) for foreign affairs officer position.

Item B1) NOT REQUIRED IF NUMBER IS THE SAME TO (ITEM X) The number of applicant that applied that were NON-Veteran, but disabled.

Item C1) The general number of Non-Veteran Disabled applicants that applied to the State Department workforce during 2008.

Item D1) The general number of Non-Veteran Disabled applicants that applied to the State Department workforce during 2009.

Item E1) The general number of muslim background  applicant that applied to the State Department workforce during 2008.

Item F1) The general number of muslim background  applicant that applied to the State Department workforce during 2008.

Item G1) All classification(s) that were changed from "Foreign Affairs Officer"  to any other classification during 2008-2009, number of applicants, and  number of disabled or Muslim related applicants.

Item H1) Number of Job Fairs for targeted groups, which groups, and remedies to address low employment of other groups.

Item I1) Number of Foreign Affairs Officers by Grades Stationed in Afghanistan who are muslim by grade during 2008 and 2009.

Item J1) Number of Foreign Affairs Officers by Grades Stationed in  Iraq who are muslim by grade during 2008 and 2009.

*To the EEO COUNSELOR:*

*I want to the Court to know about me. I like baseball, and I love Chiptole, but there is more to me than just baseball and chiptole. I have earned a certain level of respect as documented to Ms. Herring. I hope that I receive that respect and not in anyway belittled.*

*Dear Ms. Herring,*

*The following issue(s) are not (stated) correctly on the DS-3080 form.*

*First question 36 I do not have a "mental" disability.*

*As I mentioned when I mailed the form to you my physical disability is Osteochondromas.*

*Question 39:*

*Is stated incorrectly as well as the documentation in the package clearly supports this issue. The reason why disability is being raised is because other parties affiliated with the military get to raise (veteran) points, where one of the people who scored a LOWER score than me was able to get an interview/job. Under EEO act I am supposed to have the same chance than other candidates, but since I am able to gain a military occupation the military folks will score in the high 100% while leaving my application for under review, further more my superior qualifications were never once looked at or even mentioned.*

*( The fact that the veteran points and the disabled were entitled to none came out during the informal interview is the reason why I am stating it during the formal compliant)*

*Please make sure to do the necessary correction(s) to the form.*

*One small other issue. Your investigator seem(s) not believe or doubt my qualification(s). As she has Capitalized CAN NOT. Now let me just state these fact(s):*

*Fact #1: The siege started from the White House and Congress. I am the person who emailed it to them. IT DID NOT START FROM YOUR AGENCY. IT DID NOT START NOT FROM DOD. Here is a little bet of knowledge not known to the circles: The siege didn't just have "man power" capability, but it had strong intelligence gathering capabilities.. Capabilities that I help to design and suggest.*

*Fact #2 The (origins) of your so called Iraqi operations and response diplomat teams NEVER came from your AGENCY, and to solve this case I urge you to lit ook up and I challenge the people who say, Otherwise.*

*I know things from both your sides that either you or DOD do not know exclusively. . Why? Because I am the one who created the siege. For example, I know the underlining theory of "security" and manpower in the urban setting(s) of Iraq. I even helped create the numbers for them. My numbers were not "far" off either, that sat the stage for the comeback of the siege. I am imploring different number strategy to that of Iraq in Afghanistan. Difference(s) that only I know.*

*So this is a fair question:*

*How are you going to plan for something, when you don't even know the basic(s) ? You don't know the history. You don't know the different options that were available at the time of planning. You don't even know the reasoning behind the siege number strategy, besides security and training. So tell me what makes you so special? What gives you the right to the job over me?*

*This is why no one else is qualified to come up with a better "supplemental" plan than me, because know one else is trained in diplomatic, monitoring, (Hard Power) and (Soft Power) ideas such as me, and they don't understand the underline theory of urban and rural settings like I understand them within a multi-cultural analysis for our soldiers and that of Afghanistan/ Iraq cultures. I told General Peterus once when he was on the cover of Time not to take credit for work my work , because I don't mind serving our troops, our troops deserve it, but I do mind it when people take credit for my work. Since than the "Good General" has not taken credit for my work, and I do highest respect for him, The point is don't take credit for work that is not yours.*

*Fact #3: The exit strategy and other factors related practically match my ideas.*

*I don't like to brag, but at least show me some respect. I have earned it. Yeah.. I may have not done the work in action, and I was denied so in doing it due to my disability. but I spent 9 months straight until 2:30 in the morning working on the ideas. I have saved millions of lives in Baghdad, and thousand of our troops. There was a time in Baghdad that bombs went off every hour. Now we are at the point where we are handing over the "Security" to Iraqis themselves, and mostly my work made that possible. By the way during that time your agency had no IDEA what to do. NO clue. And violence wasn't stopped by you. It was stopped by me.*

*Again when you don't have the ideas, what gives you the right to the job? Oh.. Yeah I forget what you did was flawed analysis of Iraq having nuclear capability, where again because you hate Muslims so much, you were looking for anything just to pin it on them. Powell didn't show the proof to the U.N. from thin air now did he?*

*Your phobia made us go to war, and it cost American troops lives, while my analysis kept us safe, made Iraq a safe place to be, and saved American lives, and did the job.*

*So I would say there is a huge difference between me and you.*

*Pretty much the same folks that served under Powell are serving under Clinton.*

*I worked hard for my skills. Sacrificed a lot for our troops. Put in the time and the effort, when everyone believed it was a LOST cause. So before you decide to JUDGE me, take a good look in the mirror and judge yourself. One day of my work is equivalent to a whole year of your work, and that is why I am super angry for not at least not getting the interview and respect I have earned. Instead I get your bigotry and discrimination like every "Muslim origin" has been getting, and the heck of it is: I have to clean up behind it, and by the way the very fact that the UN Dialogue/ Conference on Racism, where you skipped the golden opportunity to cut down on the racial tension in Iraq and Afghanistan, while we were going into siege mode in Afghanistan, and cutting back soldiers in Iraq should tell you that you hate Muslims. All you had to say was "we believe in the Israel and Palestinian two state solution." Instead you opt to put our troops in danger of ethnic tension, because you believed Muslims can not be reasoned with you. You said it yourself during the conference: "These people can not be reasoned with". I just wonder how hard is it to state ten words? and go beyond that issue? You don't want to say those ten words, because you think Muslims are inferior to you, rather you want to admit or not that is the point.*

*Just like you believe that Muslims are not entitled to employment, and make the condition(s) impossible for people with Muslim backgrounds to score on the test. For Christ sake, I am the person who came up with siege and a lot more I might add.. you didn't give a second thought in hiring that should tell you how much you despise Muslims. You rather have an incompetent buffoon, than a half Muslim who graduated from a public school at the table, this is how much you despise people with Middle Eastern origin. You despise people with middle eastern origins so much that in the four-five years I have been doing this successfully NOT one of you from DOD or State has approached me with an offer of a job AGAIN if that doesn't tell you about your character, honer, and respect. I don't know what will.*

*I have every reason in the book to judge you as a bigot, because all "sense" of the word you act like one, and you act one at the cost of our troop lives.*

*Much like during Iraq.. You believed that "Muslims" can not come to a peaceful settlement or neutral understanding, because rather realize or not:*
*You hate Muslims, and therefore it stands to reason that you can't initiate dialogue, just like you couldn't during the UN Conference initiate dialogue for a situation that VERY much meant the LIVES of AMERICANS. Iran is going be there every time. So are we going to refuse to participate? Meanwhile ethnic tension(s) because of racism is getting at the safety of our troops, because you are just a bigot. Added to that you do the "same" thing to the disabled. You deny them by gaining entry level positions than you disqualify them for not gaining the entry level position in the first place.*

*I don't have any confidence in your agency to resolve my dispute fairly, because it's like the Iranian election, fairness is not the question here, and it never will be. We like to brag that we are different from Iran, but in many cases we are more like them than we tend to admit.*

*Thank You*

*Peter Graves*